

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**RECEIVED**

_MR. Darnell Tipton_

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

NOV 0 2 2007
NOV 02 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

vs.

_BurnaDine Kerl_

_MR. Rod R. Blagojevich_

_MR. Roger E. Walker Jr._

_____

_____

07CV 6210
JUDGE PLUNKETT
Cas MAGISTRATE JUDGE  MASON
(To

(Enter above the full name of ALL
defendants in this action.  __Do not
use "et al.")__

**CHECK ONE ONLY:**

_____    COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION
1983 U.S. Code (state, county, or municipal defendants)

_____    COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION),
TITLE 28 SECTION 1331(a) U.S. Code (federal defendants)

_____    OTHER (cite statute, if known)

_BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY._

I.    **Plaintiff(s):**

A.    Name: _DARNELL TIPTOW_

B.    List all aliases: _"SHEET"_

C.    Prisoner identification number: _A 01054_

D.    Place of present confinement: _STATEVILLE CORRECTIONAL_

E.    Address: _P.O. BOX 112 Joliet ILL. 60434_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II.   **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A.    Defendant: _MR. Rod R. Blagojevich_

Title: _"Governor"_

Place of Employment: _Springfield, Illinois_

B.    Defendant: _MR. Roger E. Walker Jr._

Title: _"Director"_

Place of Employment: _Springfield, Illinois_

C.    Defendant: _Burnadine Kerr_

Title: _"Officer"_

Place of Employment: _Stateville Correctional Center_

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

### III.    Exhaustion of Administrative Remedies

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A.    Is there a grievance procedure available at your institution?

YES (X)   NO ( )   If there is no grievance procedure, skip to F.

B.    Have you filed a grievance concerning the facts in this complaint?

YES (X)  NO ( )

C.    If your answer is **YES**:

1.    What steps did you take?

I File my grievance on THE institution Level.

2.    What was the result?

Nothing was Done, To insure, That THE matter, would Be Taken care of. All I Recive was Talk, Talk, Talk. No Resoved

3.    If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

I was Dissatisfactions when I appeal To Springfield, Now I shall Take This matter, of importants To a Court of Law.

D.    If your answer is **NO**, explain why not:

E.    Is the grievance procedure now completed?   YES (✗)   NO ( )

F.    If there is no grievance procedure in the institution, did you complain to authorities?   YES (✗)   NO ( )

G.    If your answer is **YES**:

1.    What steps did you take?

I STATED TO THE Counsialons MR.
BuTRiE wHs, ow Major! complains HE
Threw His Back on me.

2.    What was the result?

NoTHing For 54 Days
OF complaintie

H.    If your answer is **NO**, explain why not:

NoTHing

**IV.** List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

**A.** Name of case and docket number: *TipTon v. Roth 91C4085, TipTon v. O'Malley 93CC313, TipTon v. Bailey 606C579, TipTon v. Karlos 60x00, (lewis v. Washington 99C 703) Plaintiff) wrongful conviction, discriminat*

**B.** Approximate date of filing lawsuit: *October 1, 2007,*

**C.** List all plaintiffs (if you had co-plaintiffs), including any aliases: *"Skeet "*

**D.** List all defendants: *Mr. Rod R. Blagojevich, Mr. Roger E. Walker Jr, Ld. Butkiewchs, Shaun Bass, Burnadine Kerk, Mr. Odie Washington, Et al, Burnadine Kerk,*

**E.** Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): *Federal Court Northern District,*

**F.** Name of judge to whom case was assigned: *Justice: Elaine E. Buckio, Justice: Paul E. Plunkett,*

**G.** Basic claim made: *Discrimination) & Cruel and unusual punishments inflicted.*

**H.** Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): *Settle out of Court,*

**H.** Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**



## V.    Statement of Claim:

State here as briefly as possible the facts of your case.  Describe precisely how each
defendant is involved.  Include also the names of other persons involved, dates, and places.
**Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege
a number of related claims, number and set forth each claim in a separate paragraph. (Use
as much space as you need.  Attach extra sheets if necessary.) *"gøvernor & Director"*

Breaching Settlement, Dismissal, Cruel & unusual, Punishment,
Rog. R. Blagojevich, Sir: THE very Reason your being Place
IN This "law suit," This is THE only way to get your attention,
Since THE U.S. District Court, was inform THAT you still
Have general population, inmates mix with Protective,
Custody, inmates in X-House, Bernadine Kern, whom
I had to sue, To show she's a liability, she lie's on inmates
To get Them beat, she's a "Drug" user, THATs a Fact; I had
Settle my Case Against Bernadine Kern. To Dismiss,
if she stays Far away From me, To Day she return back
To X-House, stop right in Front of my cell, looking at
me Real, Real crazy! Talkin loud, I said To my
self Mr. Blagojevich, Mr. Walker, gentlmen's I
Here we go Again, This is one of THE most ina-
aproprinate unprofessional, move StateVille admin
stration Has made, Bernadine Kern, Has been Told
over and over, About Her sick! Behavior, she Has
No! Respect For Her "Job," Her co-worker's inmates
or nothing, I Dismiss my "law sue," gentlman,

on THE grounds THAT iT would BE Honor' Burwadine Kenl, HAD No' Right To Stand in Front of my Cell, Just looking AT me, like SHE Has lost Her mind, I mean gentlman'Tis Early in THE morning, AND Im STANDing in my Boxers I look up, SHE STANDing THERE, This all Happen on 10-1-2007, THAW once I look up AND Turn around, SHE Try To play it off, like SHE is Talkin To ANOTHER INMATE ABout A STATE Thing, THAT live's up STAiR's 2TH Flood, But SHE is down on FRIST Flood, RiGHT in Front of my Cell, looking AT me ReAl, ReAl, HArd, Come on gentlman, HER Back ground, is FAR To DriTy, iSHE SHould HavE Been in JAiL A Long Time AGo, Drug use, SAiding SEX, Having inmate's Beat, invole in BeATing, looks like EACH Time SHE do some Thing wrong, All SHE Has To Do is open HER Legis on mouth; THAW SHE Beat's THE RApp, SHE is Trying To Sule me Fouk, once Again gentlman you guys Needs To Cleun X-House up, if yaur not Approve PROTective Custody, Buy-Buy, Burwa-Dine, Kenl, SHould NoT Be Around me in X-House And EACH Time, I STEP up gentlman, SHE Try To get me

(3)

"LouaBLe"                    "BurnaDine Kerl"

TRANSFER, NOW ON THiS DATE: 10-5-2007, OFFiceR BurNaDiNe Kerl, CAME To my Cell, Lower EAST-6, AND Told me I got To give up my Fucking BoTTom BeD, To AN ANoTHER INMATE, when I was iN THE Cell FRIST, THAN SHE JuST up out OF THE BLuE! CALL LT. woshingToN, LT goDwiN ANd I.A. AFFAiRS OFFiceR, williAms ANd out Right Told a Lie ANd saiD I ReFuse To give up THE BoTTom BeD, THAN SHE ASK LT. WASH-iNgToN, eould SHE mass me down! NOW LT washingTonu, JusT STATED MR. TipTon man Im going To AssisTANT: wARDEN, wRIGHT To geT HeR Remove FRom X-House awAy FRom ARound you, Now geT THis SHE JusT goTTeN kick out OF THE INmATES HospiTAL For giving ANoTHER INMATE same "ExTacy Drug," and THey THE ADMINSTATioN place Her BACK ARound me, AND soon As SHE STEP's over HeRe SHE STARTs HeR ReTAilATion SHE NEeds To Be BeHind BAR's, SHE is A LIABILITY To HER SELF, AND To oTHER's ARound Her as well, Now THis was THE only way To geT you genTLman ATTENioN! yoru's OF DisRespect To inMATES ANd STAFF, DRug use's ETAL, Now I pRAy THAT THis TimE THAT THE WHEEL OF JusTice FINDly send Here THis messAge, iTs TimE To go, SEE LT. washingTon, SEE LT. goDwiN THis iS A on going THing, wiTH OFFiceR, Kerl, AN Now SHE's BeeN place BACK iN X-House AFTeR, iT was STipulATeD THAT SHE's NoT To BE Round me, So Now Im goiN THREw A CHANGE OF ReTAilATioN's FRom THis CRAZy



"LIABLE"

OFFICER, I PRAY THAT THE POWER THAT BE
FINDLY SAY'S YOUR TIRED OF HER MESS' THIS LAW
SUIT, THAT'S BEING BROUGHT IN GOOD FAITH, NO ONE
IS ABOVE THE LAW, BUT BURNADINE KERR THINK
SHE IS, NEXT I WAS PLACE IN "SEG" FOR 30 DAYS
FROM 6-30-07 - TILL 6-29-07, ONCE I WAS RE-
LEASE, I SEEN BURNADINE KERR, OVER IN 8 HOUSE
THAN I WAS FORCE TO GO TO 4 GALLERY GENERAL
POPULATION, FOR 54 DAYS, THAN AT ONE POINT I
HAD A HOSPITAL PASS, THIS OFFICER, KERR REFUSE TO
LET ME SEE THE DENTIAL PEOPLE'S, IT'S JUST BEEN
AN ON GOING MOVE'S OF RETAILATION'S, NOW IT'S
HAS GONE TO FAR WITH THIS CRAZEST, SO NOW I'M
REQUESTING THAT THIS OFFICER, KERR, FINDLY
BE BROUGHT TO SOME KIND OF JUSTICE! AND
MOST OF ALL TO HER OK! THE STIPULATION THAT
SHE'S NOT TO BE PLACE AROUND ME ALL GENTLEMAN
ALSO YOU GENTLEMAN'S SHOULD LOOK INTO THE MATTER
WHY SHE WAS REMOVE FROM THE HOSPITAL GIVING
INMATE'S DRUG'S I MEAN IT'S JUST TO MUCH! OF
OFFICER BURNADINE KERR, MADEST, SHE KEEP'AN
STARTING MESS, GIVING HER ON CO-WORKER'S HELL'
NOW SHE'S GIVING INMATE'S DRUG'S AND ALL SHE GET
IS REMOVE FROM THE HOSPITAL, AND SHE COMES RIGHT
OVER HERE, AND START HER RETAILATION'S BY
OUT RIGHT LIEING ON ME, SHE SHOULD NOW BE
RIGHT HERE, THE LINE MUST BE DRAWN IT'S THAT
TIME, I PRAY THAT SHE IS REMOVED AWAY FROM A-
ROUND ME "KICK" OUT OF THE DEPARTMEN
OF CORRECTION'S, SHE ALWAYS START'S THE MESS
THAN SHE CALL'S HERE BEATEM UP BUDDIES' GENTLM
THIS OFFICER SHOULD HAVE BEEN IN "JAIL" ALONG TI



"LIABLE"

Ago, May-Be This Time, By making you Two gentlman's Aware of Her latest sick Back in The day move's, what officer, Keralis in Feak, of is change she's Inein gin the past, I praiy That This law suit, can Findly put Her Behind Bar's or at lease Frier, people are Tried of Her mess, all away Around The Bound, warden, my, mc clawn, is Doing His Best To control This place But officer Burna Dine Herd, Do you Think she cares no This is why I'm askin, Both of you gentlman step in a lay the law down, This law suit is Being Brought in good Faith, Requesting Justice See bt. washington, st. godwein, its surly Time To put This officer, Burnadine Kerl in Jail, or frier Her, The whole correctional center, statville, is surly Tried of Her mess, This concludes This "law suit,"

## VI.    Relief:

State briefly exactly what you want the court to do for you.  Make no legal arguments.
Cite no cases or statutes.

BURNADINE KERL, HAS MADE ME EMOTIONAL —
DURESS, BREACHMENT, STIPULATION TO DISMISS,
THE CASE OF NO. 05 C 0800, WHICH WAS "BREACH," CRUEL
AND UNUSUAL PUNISHMENT, FORCEING ME IN POPULATION
FOR 54 DAYS AGAINST MY WILL, PUNITIVE DAMAGES,
WHAT EVER THE COURTS FEEL, I SHOULD RECIVE IS FINE WITH ME,

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this
Complaint are true to the best of my knowledge, information
and belief. I understand that if this certification is not correct,
I may be subject to sanctions by the Court.

Signed this _OCT._ day of ___1___ , 20 _07_

_____

_____
(Signature of plaintiff or plaintiffs)

_MR. DARNELL TIPTON_
(Print name)

_K-01054_
(I.D. Number)
          _P.O. BOX 112_
     _JOLIET, Illinois, 60434_

_____
(Address)

## COMMITTED PERSON'S GRIEVANCE

| Date: 8-12-2007 | Committed Person: (Please Print) MR. DARNELL TIPTON | ID#: A01054 |

| Present Facility: F-452 | Facility where grievance issue occurred: UNIT X-HOUSE |

**NATURE OF GRIEVANCE:**

☐ Personal Property    ☐ Mail Handling    ☐ Restoration of Good Time    ☐ Disability
☑ Staff Conduct    ☐ Dietary    ☐ Medical Treatment    ☐ Other (specify): _____
☐ Transfer Denial by Facility    ☐ Transfer Denial by Transfer Coordinator

☑ Disciplinary Report: 5 , 30 , 2007    STATEVILLE, CORR. CENTER,
           Date of Report               Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
     Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
     Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
     Chief Administrative Officer, only if EMERGENCY grievance.
     Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
     administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
     Administrative Officer.

Brief Summary of Grievance: _____ SUBJECT: TO BE RELEASE BACK TO X-HOUSE
"PROTECTIVE CUSTODY", (APPEALING SECOND GRIEVANCE)
(GRIEVANCE OFFICER.    I WAS PLACE IN SEG ON
5-30-2007, FOR A PROTECTIVE
CUSTODY, I WAS GIVEN 30 DAYS, NOW
I DID MY SEG: TIME NOW I'M REQUEST
ING TO BE SENT BACK TO X-HOUSE PROTECTIVE
CUSTODY WHICH I WON THE RIGHT TO BE APART
OF THE PROTECTIVE CUSTODY PROGRAM, TWICE, IN THE

Relief Requested: _____ MY SETTLEMENT AGREEMENT, IS BEING "BREACH."
UNDER, Tipton V. Kerr, ET.AL, No: 05CV600, & LEWIS V. WASH-
INGTON, ET.AL. No: 99 C 7010, A.S.A MANE PLAINTIFF, THANK YOU.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____      _____ / ___ / ___
Committed Person's Signature      ID#      Date
(Continue on reverse side if necessary)

---

### Counselor's Response (if applicable)

Date Received: 8 / 15 / 07    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: To counselor of X-House. To keep you in
X-House as you want P.C.

E.B. Thielvier          E.P.A      8, 22, 07
Print Counselor's Name          Counselor's Signature      Date of Response

---

### EMERGENCY REVIEW

Date Received: ___ / ___ / ___    Is this determined to be of an emergency nature?
   ☐ Yes; expedite emergency grievance
   ☐ No; an emergency is not substantiated.
   Committed person should submit this grievance in the normal manner.

_____      ___ / ___ / ___
Chief Administrative Officer's Signature      Date

U.S. District Court, Tipton Vs Kerr, et al —
No: 05C0800, Lewis Y. Whetting, Tow, No: 99C7081
as a name plaintiffs, Now I'm Being given the Run
around, and Stateville, corr. Pontiac, is Breaching
My settlement Agreement, By Holding me
in F-452 since 6-29-2007, That, This Day I
was Release from Seg, I'm Requesting, That Room
Be made To Remove me From F-House, and I'm
Also Requesting That after my grievance is Heard
please Return it Back to I, Mr. Donnell Tipton
#01014, This concludes my grievance.

Respectfully<br>
Mr. Donnell Tipton<br>
#01014

DOC 0046 (Eff. 10/2001)
(Replaces DC 5657)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

Offender: _Tipton_ _Darnell_ MI __ IDn _A01054_
         Last Name         First Name

Facility: _STA_

☐ Grievance (Local Grievance # (If applicable): _____ or ☐ Correspondence
Received: _9,6,07_   Regarding: _DR 5/30/07_
       Date

---

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☐ Use the Committed Person's Grievance Report, DOC 0047 (formerly DC 5657), including the Grievance Officer's and Chief Administrative Officer's response, to appeal.

☐ Provide a copy of the Committed Person's Grievance, DOC 0046 (formerly DC 5657) including the counselor's response if applicable).

☐ Provide date(s) of disciplinary report(s) and facility where incident(s) occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to:   Administrative Review Board
                                            Office of Inmate Issues
                                            1301 Concordia Court
                                            Springfield, IL   62794-9277

---

**Misdirected:**

☐ Contact your correctional counselor regarding this issue.

☐ Request restoration of Good Conduct Credits (GCC) to Adjustment Committee. If request is denied, utilize the inmate grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns to: Illinois Prisoner Review Board
                            319 E. Madison St., Suite A
                            Springfield, IL   62706

---

**No further redress:**

☐ Award of Meritorious Good Time (MGT) and Statutory Meritorious Good Time (SMGT) are administrative decisions; therefore, this issue will not be addressed further.

☒ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on ____/____/____
                                        Date

☐ No justification provided for additional consideration.

---

Other (specify): _____

Completed by: _Melody J. Ford_     _Melody Ford_   _9,10,07_
                Print Name                           Signature         Date

                                                          DOC 0070 (10/2001)
                                                        (Replaces DC 710-1274)

Distribution: Offender; Inmate Issues

## COMMITTED PERSON'S GRIEVANCE

| Date: 8-22-2007 | Committed Person: (Please Print) MR. DARNELL TIPTON | ID#: A 01054 |
|---|---|---|

| Present Facility: X # House | Facility where grievance issue occurred: F # HOUSE |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [ ] Other (specify): _____

- [ ] Disciplinary Report: 5/30/2007   STATEVILLE CORRECTIONAL, CENTER
  Date of Report                        Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** "SUBJECT" "BREACHMENT OF SETTLEMENT"
CONTRACT,

DEAR,

GRIEVANCE STAFF:
ON THE ABOVE DATE' 5-30-07
I MR. TIPTON, WAS INVOLVED IN AN
ALTERCATION, WITH AN ANOTHER INMATE
WHICH HAD TO ME BEING PLACE IN DISCIPLINARY' SEG
UNIT FOR 30 DAYS, NOW I WAS RELEASE FROM 'SEG,
UNIT ON 6-29-07, I HAD CAME FROM X # HOUSE

**Relief Requested:** I SEEK MY JOB' BACK' THAT I HAD UNDER TIPTON, Y. KEHL,
CALL-HOUSE-HELP, IN X-HOUSE I SEEK $54.00 FOR THE 54 DAYS I
SPENT IN X-HOUSE, AFTER I WAS RELEASE FROM SEG' ON 6-29-07

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| _____ Committed Person's Signature | ID# | / / Date |
|---|---|---|

*(Continue on reverse side if necessary)*

---

**Counselor's Response (If applicable)**

| Date Received: 8, 31, 07 | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. |
|---|---|---|

**Response:** The grievant is to be advised that he may request to be placed on the job waitlist by writing the Assignment Committee. Also, if the grievant is speeking to have IDr 5/30/07 expunged he must note such in the relief section above.   8·31·07

| _____ Print Counselor's Name | _____ Counselor's Signature | 8·31·07 Date of Response |
|---|---|---|

---

**EMERGENCY REVIEW**

| Date Received: | Is this determined to be of an emergency nature? | [ ] Yes; expedite emergency grievance [ ] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner. |
|---|---|---|

RECEIVED
SEP 06 2007
OFFICE OF
INMATE ISSUES

| _____ Chief Administrative Officer's Signature | _____ Date |
|---|---|

Distribution: Master File; Committed Person          Page 1          DOC 0046 (Eff.10/2001)
                                                                      (Replaces DC 5657)
Printed on Recycled Paper

Protective custody. Now upon my Release from "seg" unit After Doing my "seg" Time, I should Have sent Back to Protective custody. why? Because I won the Right to Be in Protective custody Threw a law suit' on a settlement contract Between my self an the Assistant Attorg general But in stead I was place on 4 gallery 452 the general population. From 6-29-07 To 8-22-07 which lead to me Being Kept in F4 House 54 Day After I was Release from Seg' which was wrong, Than I had to Resign Back into Protective custody. After winning in the U.S. District court. Tipton Vs. Kerl, No: 05c800, Threw a settlement contract once my "seg" Time was done I should Have Been sent Back to X-House, Protective custody. But that was not the case, I was place on 4 gallery against my will? was the general population. my concern now, is why? and who? Branched this settlement contract nothing was done Accurate in Regards To making sure That I should Have Been Return Back To Protective custody. on 6-29-07, when on that Day I was Release From "seg" I Feel By Placeing I me Tipton on a population gallery. Against my will is surly an Act of cruel and unusual Punishment inflicted upon me. I was deprived the Right of my settlement contract, By Holding me in seg" For 54 Days. I was deprived the Right to Be sent Back to Protective custody once my "seg" Time was over' so at this Time I'm going to ask the Powers That Be. To Re-examined to see if my Rights was violated once Again. I'm asking that This matter Be comfronted By the Powers That Be. Also Before I was Transfer from stateville corr. center, I was on cell-House-Help in X-House, and the Reason I lors the Job. I had to Be Transfer To menard corr center To Fight my case. Tipton V Kerl No: 05c800, once I Return Back to stateville, on settlement, contract I Never Request For my Job Back. Now I'm Re-questing it Back. Since each Time I lay's Back. and Try To Dome my Time some staff wants. Go on this or there game. To Try some thing slick' and I always in up in the u.s. District court. Fighten For what little Rights I do Have This concludes. my grievance. Respectfully. Mr. Darrell Tipton

Tip Ton Cop.

③

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DARNELL TIPTON,                    NO. 05C0800
        Y.    PLAINTIFFS,      HON. PAUL E. PLUNKETT
BURNADINE KERL, ET AL,           Judge. Presiding
            DEFENDANTS,

        "BREACHING SETTLEMENT DISMISSAL"
    "CONSIDER THIS MOTION."

NOW COMES PLAINTIFFS, DARNELL TIPTON, Pro se LITIGANTS,
I WISH TO INFORM THE COURT, THAT THIS MOTION IS BEING
BROUGHT IN good FAITH, NOW AT THIS TIME UNIT X-HOUSE
PROTECTIVE CUSTODY, IS ABOUT TO MAKE A VERY Big CHANGE
MEANING TRUNING UNIT X-HOUSE Building ALL THE WAY IN
TO PROTECTIVE CUSTODY, CLEANING OUT ANY INMATES
THAT HAS GENERAL POPULATION STATUS, OR NOT APROVED
PROTECTIVE CUSTODY, NOW I WOULD LIKE THE COURT
AT THIS TIME DRAW THERE ATTENTION VERY close
ON WHAT I'M ABOUT TO SAY, IT IS UNCLEAR AT THIS
TIME, BUT WORD IS THAT SARGENT. BURNADINE KERL,
WHOM I "SUE", AND MADE A SETTLEMENT UDGEMENT
THAT IF I "DISMISS", THE "LAW SUIT," SHE'S NOT TO COME IN
TO CONTACT WITH I MR. TIPTON, WHEN I RETRUN BACK
TO STATEVILLE, CORRECTIONAL, CENTER, NOW TO MY UN-
DERSTANDING SHE'S SUPOSE TO BE RETRUNING BACK TO
X-HOUSE PROTECTIVE CUSTODY, AS THE CELL-HOUSE SARGENT
ONCE AGAIN AND THAT WOULD INDEED BE A BREACH OF
OUR SETTLEMENT DISMISSAL, BETWEEN MYSELF AND
THE FORMER ASSISTANT ATTORNEY GENERAL THE HONORABLE
MS. ALEXANDRA BUZANIS, SARGENT. BURNADINE KERL, IS A
VERY VERY Big LIABILITY TO HER SELF, AND TO THE DEPARTMENT
OF CORRECTION, AND I'M SURE THAT HER PAST, WILL SURLY

(2)

demonstrate exact what I'm saying, once Her Files are pulled, She's very unprofessional, Her conduct is that of a "wild dog," She's DisRespectful, to inmates and Her co-worker as well, and Her disciplinary Record is that of a Human that has No! Reguards For Her "Job!" or Nothing, She is a out Right wrongdoer, and when ever authorizing sargent, Burnadine Kerl, to come Back, to X-House to Be the unit sargent, once again thaw the safey of all the inmates and officer's life's will Be INDEED place on the "Lifeline," She is a liability waiting to Happen, She sets out on a personal Note! to mess over inmates and She disrespect Her co-workers, She's a known Drug user, She's very dangou and She's the kind of person or individual who should have Been place Behind Bars a very long time ago, so I now say to this Honorable court, How can Stateville, correction center, administration, once again "Trust," Burnadine Kerl, to supervisory, the same protective custody Building that she mistreated in the past, so very Badly, She had to Be Remove For good, Now She's attemping to try to Return, I Have a lot to say About this matter, and if she return's Back to X-House Protective custody, I shall Bring a "law suit," against Her and Stateville, administration For Breaching this settlement Dismissal, Because this would surly Be a unprofessional, move on the administratio part, I'm Requesting to this Honorable court, to Block any kind of attemp, that's made to Bring Burnadine Kerl, Back to X-House Protective custody. I pray to god that this motion, is Granted, this concludes.

Respectfully:
Submitted

①

"POWERS THAT BE"                    10-5-200'
GOVERNOR, ATTORNEY GENERAL,
         JUSTICE, PAUL E. PLUNKETT

DEAR,
     AUTHORITY'S
              THIS LETTER OF CORRESPONDENCE'S
     is giving you all a Heads up! THAT OFFICER
BURNADINE KERL, HAS FINDLY VOILATED THE SETTLE-
MENT, DISMISSAL, WITH STICT STIPULATION'S, SHE'S NOT
TO COME WITH IN 100 YARDS; AND IF SHE DO AND
TRYING TO RETAILATE, OR TRYING TO CAUSE ANY KIND
OF BODY HARM, SHE CAN BE OPEN TO AN AREST, WELL
SHE HAS FINDLY PLACE HER SELF ABOVE THE LAW! NOW
SHE JUST VOILATE'S COURT ORDER'S WHEN SHE'S GOOD
AND READY, ON 10-5-2007, I RECIVED A CELL MATE
BY THE MANE OF MR. GOODMAN, WHO HAS A LOW BED
PERMITT, I MY SELF HAS A GUN SHOT IN MY LEFT LEG.
SO IT'S VERY HARD FOR ME, TO BE JUMPING UP AND DOWN
TRYING TO BE CLIMBING BACK AND FORTH, SO BURNADINE
KERL, INFORM ME THAT I HAD TO GIVE UP THE BOTTOM BE.
SO RIGHT WHEN I AND MR. GOODMAN, BEGAN TO
MAKE THE EXCHANGE, OFFICER, BURNADINE KERL, GOT
ON THE WOWKIE TAIKIE, CAIL LT. WASHINGTON, AND
LT. GODWIN, I.A. OFFICER, WILLIAMS, AND OUT RIGHT LIE
ON ME, AND STATED THAT I MR. TIPTON, WAS FIGHTING
HIS CELLY MR. GOODMAN, FOR THE BOTTOM BED, NOW
AFTER SHE MADE UP THE LIG! SHE PULL'S OUT 2 CAN'S
OF "MUSS", AND ATTEMPED TO SPRAY ME, LT. WASHINGTON
HAD TO TELL HER TO PUT THE "MUSS", AWAY THAN AFTER
EVERY ONE LEFT, LT. WASHINGTON STATED THAT SHE'S AT
YOU, AND IT'S OWN, BUT HE WAS GOING TO ASSISTANT'S
WANDON, WRIGHT, TO GET HER REMOVE FROM D-HOUSE,
FRIST OF ALL SHE'S NOT EVEN SUPOSE TO BE ANY WHERE,

②

Around I MR. Tipton, Next if She Voilate's This Court
order, Lieing and Trying To Cause I MR. Tipton,
great Body Harm, She Can Be Truly Arested, we,
She Has indeed Bridged This gup, Between The Stipulation
I made With Former Attorney General, MS, ALEXANDRA
BUZANIS, Considerably and The only Resolution that's
Left is To lock Her up, Because if The law is not Honor,
Than The door's will stay wide open For The Burna Din
Kerr's, of Thes Department To Standly Break The law and
get away With whut ever, To do dirty Thing's To whom
ever, Her Future Should Be over as an Correctional
officer, She's Been an liability From The very start Her
Sicko Act's Has Been cover-up, over an over, it's Time
To surly place Hand cuff's, on This Liability Burna Dine
Kerr, I'm asking For great Consideration To Remove
From X-House Protective Custody, She's a threat To all
The inmate's and Her Co-Workers as well, word is
That she's Just gotten kick out The Hospital, For giving
inmate's Drug's, She's Voiluted our settlement Agreem
ent, She's out Right lie on me, She Tried To get LT, god win
LT, Washington, To Jump me, STATEVILE is Tired of This
Dam Fool, Burna Dine Kerr, Now I surly Think and
Feel's it's Time For The wheel's of Justice To let Her see
The light's inside of one of Illinois Jail cell's She's Told all
The inmate's She's out To get me, She's Told LT, Washington
She's out To get me, and That's Just The Tip of The ice —
Birds, I pray That you law maker's Recognize's That Thi
officer, Burna Dine Kerr, is To Big of a liability at This Time
and She Should Be Fried at once! This is The only Solution
That's Left, you all Have an obligation To insure my safety,
at This Time she Has I MR, Tipton, Has Been place under great
Dyrest, at This point and Time, This conclude's, Help! please!

RECEIVED
SEP 06 2007
OFFICE OF
INMATE ISSUES

SUBJECT/ BREACHMENT                    9-1-07
Dear,          (of SETTLEMENT CONTRACT)
A, B,          LOST OF JOB", CELL HOUSE HELP)

          I mr, Durenell Tipton, 401036 is
Fileing THis grievance; on THE grounds,
THAT I was sent To F. House "seg" on an alte
cation, THAT Happen in X-House Protective custody
A fight which led To I mr. Tipton Reciveing 30-
Days in seg; now I was Release From "seg" on 6-29-
after I did my Time I sHould Have Been sent Back
To Protective custody, But instead I was sent To
4-gallery population, For 54 Days, THAT was when
Because I wan 4law suit' To Be Here in X-House
Protective custody. Tipton V. Kork, and assi; atty gener
was, Alex Bantunis, Had a settlement contract, and
after Being place in population and gleging; Hand gun
I Had To File all kinds of paper work, and THAT shoun
not Have To Happen; wHile fighting my law suit, I Ha
To Be sent To Howard Corr, center, I was Beaten
By 2 officer's, so THey Had To genie an Hurry To Transf
me out, so now since I Had Return Back I Had not
Had a Disciplinary Report on me, in 15 months so out o
THE Blue' I got attacted so I Had To Defend myself,
I Had lost my Job, on cell-House-Help. Because I Ha
To leave To Fight my ~~law~~ law suit, once a settleme
contract was Reach, I was Return Back To stateville,
correction, and I never ask For my JoB Back' so no
since some one THrew me on 4 gallery And some one
Try To pull a Fast one, By Trying To stop me From Returnin
Back To X-House Protective custody, wHat THey Did no
Know, was THAT I got Back! THrew U.S. District cou
now since my settlement, contract, was Breached B
placeing I mr, Tipton in population against my will I'm

RECEIVED
SEP 18 2007
OFFICE OF
INMATE ISSUES

Bringing This matter Before The A.O.B, Seeking some kind of Justice, yes Im Back in X-House Protective custody, lower east, But the law Has Been Broken once again, I Have not Recive my "Job" Back! These Head games About me being put on some waiting list! is game! check each inmate who's on cell-House-Help! was not place on No-waiting list They was Hand pick, so since They want To keep on Hurting, on I mr, Tipton, placeing The self's above The law! Than I Have know other choi But Come To The A.R.B, on account of law! law room what any one say's my settlement contract was Br. By Holding me in "seg". For 54 Day's, After I was Rele. From seg. on 6-27-07, 9-22-07, when I was sent Bac To Protective custody, yes my settlement contract w Breached, why? Do These officers do The Things They do your own Rule's Tell's Them not To do, But They place Them self's above The law! They Take me as a Joke! a That's Real sad A.R.B, This concludes my grievance

Respectfully
mr, Darnell Tipton
IDD# A# 01054



## OFFICE OF THE ATTORNEY GENERAL
STATE OF ILLINOIS

**Lisa Madigan**
ATTORNEY GENERAL

June 15, 2007

Darnell Tipton, #A-01054
Stateville Correctional Center
Route 53
P.O Box 112
Joliet, Illinois 60434


Dear Mr. Tipton:

This letter is in response to the correspondence you mailed to Alexandra Buzanis on June 12, 2007 regarding your concerns for your safety. Ms. Buzanis is no longer employed by the Office of the Attorney General and would not have the authority to investigate such a matter in any event.

If you are concerned for your safety, you should attempt to address it through the process available to you through the Illinois Department of Corrections, including but not limited to the grievance system, and designating other inmates as "keep separate from," naming them as enemies.


Very truly yours,

ANDREW W. LAMBERTSON
Assistant Attorney General
General Law Bureau
100 W. Randolph St., 13th Fl.
Chicago, Illinois 60601
(312) 814-1187