# UNITED STATES DISTRICT COURT

Eastern Division    District of Northern

DARNELL TIPTON,      A-01054    APPLICATION TO PROCEED
    Plaintiff                    WITHOUT PREPAYMENT OF
        v.      **FILED**        FEES AND AFFIDAVIT
                NOV 02 2007
                                 07CV 6210
         MICHAEL W. DOBBINS      JUDGE PLUNKETT
    Defendant CLERK, U.S. DISTRICT COURT  MAGISTRATE JUDGE MASON

I, __Mr. Darnell Tipton__ declare that I am the (check appropriate box)
☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or c
under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled
relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __Stateville Corr. Center__

   Are you employed at the institution? __No__   Do you receive any payment from the

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☒ |
   | b. | Rent payments, interest or dividends | ☐ | ☒ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☒ |
   | d. | Disability or workers compensation payments | ☐ | ☒ |
   | e. | Gifts or inheritances | ☐ | ☒ |
   | f. | Any other sources | ☐ | ☒ |

If the answer to any of the above is "Yes," describe, on the following page, each source of money and st the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 9/96)

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value. _____

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.   NONE

I declare under penalty of perjury that the above information is true and correct.

8-18-07
Date

Mr. Darnell Tipton
Signature of Applicant

## CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ 3.41 on account to his/her credit at (name of institution) Stateville CC. I further certify that the applicant has the following securities to his/her credit: _____

I further certify that during the past six months the applicant's average balance was $ 7.54

10-9-07
Date

Signature of Authorized Officer