UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

J. Moran YM

DARNELL TIPTON )
)
v. ) Case No. 07 C 6210
)
BURNADINE KERL, et al. )

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR A REASSIGNMENT

The above-captioned case has been assigned to the calendar of Judge Plunkett in error; it is recommended that the assignment be vacated and the case be reassigned to the next available District Court Judge by lot. The reasons for my recommendation are indicated on the reverse of this form.

MICHAEL W. DOBBINS, CLERK

_A. E. Woodham_
A.E. Woodham, Deputy Clerk

Date:   November 8, 2007

*************************************************************************

### ORDER OF THE EXECUTIVE COMMITTEE

**IT IS HEREBY ORDERED** that the above-captioned case be and the same hereby is reassigned to Judge _____ .

ENTER:

FOR THE EXECUTIVE COMMITTEE

_James F. Holderman_
Chief Judge

Date:   NOV - 8 2007

This case was directly assigned to Judge Plunkett in error as an inmate "conditions" case. Judge Plunkett is no longer sitting and this case should have been assigned by lot to the next available judge, Category 3.