Court's copy:

JH

FILED
NOV 13 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Nov. 13, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DARNELL TIPTON,              NO. 07C6210,
          V.   PLAINTIFF     HONORABLE: PAUL E. PLUNKETT,
BERNADINE KERL, ET AL,       Judge Presiding: MASON,
          DEFENDANT;

"PLAINTIFF' RESTRAINING ORDER,"

NOW COMES THE PLAINTIFF, DARNELL TIPTON, PRO SE, AND THE DEFENDANTS, BERNADINE KERL, BY AND THROUGH THEIR ATTORNEY, LISA MADIGAN, ATTORNEY GENERAL OF ILLINOIS,

AT THIS TIME I DARNELL TIPTON, IS ASKING THIS HONORABLE COURT TO ISSUE A RESTRAINING ORDER AGAINST A ONE BERNADINE KERL, ON THE GROUND THAT SHE RECENTLY ON THE DATE: OF 10-5-2007, TRY TO CAUSE BODLY HARM TO I MR. TIPTON, BY MAKEING UP A FABRICATION'S, BY CALLING LT. WASHINGTON, LT. GODWIN, OFFICER. WILIAMS, OF I.A. AFFAIRS, AND THE MED-TECH MR. "BOB," AND TOLD THEM I WAS FIGHTEN MY CELL MATE OVER THE BOTTOM BED, THEN SHE WENT ON TO GET 2 CANS OF "PEPPER MACE," TO STRAY I MR. TIPTON, BUT LT. WASHINGTON, TOLD OFFICER. KERL, TO PUT THE "MACE," AWAY, WHEN THE STAFF, CAME TO MY CELL I AND MR. GOODMAN WAS EATING CORN CHIP'S AND DRINKING "POP," THIS WAS

A OUT RIGHT FABRICATION, ON OFFICER, BERNADINE KERL'S PART RETALIATION, FROM A "LAW SUIT." TIPTON V. KERL, ET AL. NO. 05 C 0800. SHE WAITED NEARLY 2 YEAR'S TO GET HER REVENGE, WHICH IS A "SLAP" IN THE FACE OF THE ATTORNEY GENERAL'S OFFICE, AND THE UNITED STATES DISTRICT COURT. NOW ASSISTANT ATTORNEY GENERAL, ALEXANDRA C. BUZANIS, ASURE ME IN WRITING, THAT THING'S WILL BE SMOOTHER, I WAS AWARDED $300.00 A TRANSFER BACK TO STATEVILLE, CORRECTIONAL, CENTER, FROM MENARD, CORRECTIONAL, CENTER, AND ONCE I RETURN BACK TO STATEVILLE, CORRECTIONAL, CENTER, ASSISTANT WARDEN, DOMINGUEZ, COMPLY WITH THE COURT ORDER, STIPULATION TO DISMISS, MR. DOMINGUEZ, KEPT OFFICER, BERNADINE KERL, 100 YARDS AWAY FROM I MR. TIPTON, FOR 13½ MONTH'S, BUT AS SOON AS MR. DOMINGUEZ, TRANSFER BACK TO THE COOK COUNTY JAIL, BERNADINE KERL, GOT BACK IN X-HOUSE PROTECTIVE CUSTODY, WHERE IM HOUSED AFTER A FEW DAY'S IN X-HOUSE SHE MADE HER MOVE, I HAD BEEN SINGLE CELL FOR THE LAST 20-YEAR'S, BERNADINE KERL, NOT ONLY PLACE A WHITE IN-MATE IN WITH ME, SHE TRY TO ALSO GET I AND MR. GOODMAN TO GO AT EACH OTHER AFTER STEALING THIS INMATES PERSONAL BELONGING'S AND TRY TO BLAM IT ON I MR. TIPTON, THAN SHE WENT SO FAR TO CALL MR. GOODMAN, TO HER OFFICE AND BEGAN TO THEATEN HIS LIFE! FRIST SHE PLOTED OUT A PLAN TO COME AT ME

III

Mr. Tipton, by makeing up a fabrication I was fighten my cellmate Mr. Goodman, which I was single cell status, next she was never even supose, to even come in to contact with I Mr. Tipton at any time, so she truly "breached" all the agreements and stipulations to dismiss, I made, now she's over here in X-House where she just had me move in another cell with another white inmate who has a green I.D. card that says, 11.11.11. and he gets shaken down every time you look up. And I got to be put threw this same madness, this is one way Bernadine Kerl's, retaliation, I'm asking this honorable court to remove officer Bernadine Kerl, away from around I Mr. Tipton and to "block" any atempt of this correctional center, trying to transfer I Mr. Tipton, anywhere because I won the right to be a part of protective custody program's, twice, but it seen that the massage is not clear, to officer, Bernadine Kerl, for one she think's she's above the law! it was a "slap," in the courts face when she waited until she thought the timing was right, and she retaliated toward I Mr. Tipton, now I begin this honorable court to remove Bernadine Kerl, away from any contact with I Mr. Tipton. And if she wants to keep on under minding the courts, than I'm requesting

THAT BERNADINE KERH. "BE ARRESTED." SHE SHOULD HAVE BEEN IN "JAIL." A VERY LONG TIME AGO. IT'S JUST THAT OLD STATEVILLE, UNDERMINDING THE LAW'S AND PLACEING THEMSELF'S ABOVE THE LAW! I PRAY THAT THIS HONORABLE COURTS HAS A VERY CLEAR VISION OF BERNADINE KERH'S BIZARRE AND UNJUSTIFIBLE ACTIONS. I PRAY THAT THIS HONORABLE COURTS GRANTS THIS RESTRAINING ORDER. THIS CONCLUDES.

RESPECTFULLY:
(SUBMITTED):
MR. Darnell Tipton
ID# A01054.

State of Illinois County of Will
Signed before me on this 2nd day
of November 2007 by
Notary Public Phyllis Baker

OFFICIAL SEAL
PHYLLIS BAKER
Notary Public - State of Illinois
My Commission Expires Feb 07, 2011