Courts;
copy;

I

JH

FILED
NOV 13 2007
Nov. 13, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DARNELL TIPTON
     V.        PLAINTIFF        NO. 07C6210
BERNADINE KERL, ET. AL,         HONORABLE. PAUL E. PLUNKETT,
        DEFENDANTS,             Judge Presiding. MASON.

PLAINTIFFS "SINGLE CELL"

NOW COMES THE PLAINTIFFS, DARNELL TIPTON, PRO SE. AND THE DEFENDANTS, BERNADINE KERL, BY AND THROUGH THEIR ATTORNEY, LISA MADIGAN, ATTORNEY GENERAL OF ILLINOIS,

AT THIS TIME, I DARNELL TIPTON, IS REQUESTING IN "GOOD FAITH," THAT THIS HONORABLE COURT, GRANT THIS MOTION, ON THE GROUNDS THAT I BEEN SINGLE CELL FOR NEARLY 20 YEAR'S, BECAUSE A INMATE: LIE ON ME, AND I ENDED UP RECIEVEING 60 YEAR'S, LATER DOWN THE LINE FACT; SHOW MY D.N.A. SHOW I WAS LIE ON, PLUS THE COOK COUNTY STATES ATTORNEY TOLD THE JUDGE, THERE'S KNOW KIND OF EVIDENCE AGAINST DARNELL TIPTON, BUT THE JUDGE SAID OK! BUT MR. TIPTON, WE GOING TO "TRIAL", BUT WHEN YOU GO BACK FOR YOUR APEAL, YOU'LL GO HOME. THAT WAS "18" YEAR'S AGO AND THIS HAS ALL BEEN ONE BIG FAT COVER-UP. SO UNTIL THE LAW SWING'S MY WAY I'M REQUESTING TO BE SINGLE CELL, BUT OFFICER, KERL,

keep's interfearing in my business, I have a wrongfully conviction's and that is very true. The facts can speak for it self, and what's going between my self and the court's is our business, not officer, Kerr, But she keep's on telling lie's on I mr. Tipton, She Try's To get me Transferd, she know I had been single celled for nearly 20 year's, so now she has place me in the cell with a white inmate; who has a green I.D. card, I have a Red I.D. card, which mean's Red and green, Should never mix, But it's Just Another form, officer, Kerr, is useing to try and pull me out there, so she came have me Beatin up By her Hand pick guy's "I shall say," But I think this Time that the staff here at Stateville, Correctional center, is feed up with her Bizarre Behavor, her theat's to inmate's her talking real crazy to her co-woorker's, her slaping the U.S. District court's in the face, she do not honor any thing, she place's her self above the courts law's, and the Departmen Rule's, how long Do "I" my self and other's has to put up with officer, Bernadine Kerr, Bizarre Behavor, all I request is to be single celled, and left alone, That's it That's all for now, I pray that this Honorable Courts grants, this motion,          Respectfully:
                                                                        Submitted:
ID #A01054,                           Mr. Darnell Tipton

STATE OF ILLINOIS )
) SS
COUNTY OF Cook )

## AFFIDAVIT

I, MR. Darnell Tipton being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

_[lined area crossed out with an X]_

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 11-2-2007

/s/ Mr. Darnell Tipton
NAME: Mr. Darnell Tipton
IDOC#: A01054
Stateville Correctional Center
P.O. BOX 112
Joliet, IL 60434