

**FILED**

**NOVEMBER 14, 2007**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

A1 R

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**RECEIVED**

NOV 02 2007
NOV 02 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

_Mr. Darneil Tipton_

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

_BurnaDine Kerl_

_Mr. Rod R. Blagojevich_

_Mr. Roger E. Walker Jr._

_____

(Enter above the full name of ALL
defendants in this action.  Do not
use "et al.")

07CV 6210
JUDGE PLUNKETT
MAGISTRATE JUDGE  MASON

Cas

(To                                    t)

**CHECK ONE ONLY:**

_____    COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION
1983 U.S. Code (state, county, or municipal defendants)

_____    COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION),
TITLE 28 SECTION 1331(a) U.S. Code (federal defendants)

_____    OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

1

I.  **Plaintiff(s):**

A.  Name: _DARNELL TIPTON_

B.  List all aliases: "_SKEET_"

C.  Prisoner identification number: _A01054_

D.  Place of present confinement: _STATEVILLE CORRECTIONAL_

E.  Address: _P.O. BOX 112 JOLIET ILL. 60434_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A.  Defendant: _MR. Rod R. Blagojevich_

Title: "_Governor_"

Place of Employment: _Springfield, Illinois_

B.  Defendant: _MR. Roger E. Walker Jr._

Title: "_Director_"

Place of Employment: _Springfield, Illinois_

C.  Defendant: _Burnadine Kerl_

Title: "_Officer_"

Place of Employment: _Stateville Correctional Center_

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

**III.    Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A.    Is there a grievance procedure available at your institution?

YES (X)    NO ( )    If there is no grievance procedure, skip to F.

B.    Have you filed a grievance concerning the facts in this complaint?

YES (X)    NO ( )

C.    If your answer is **YES**:

1.    What steps did you take?

I File my grievance on THE institutied Level.

2.    What was the result?

Nothing was Done, To insure, That THE MATTER, would Be Taken care of. All I Recive was Talk, Talk, Talk, no Resolved

3.    If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

I was Dissatisfactions when I appeal? To Springfield, Now I shall Take This MATTER, of importants To A Court of Law,

D.    If your answer is **NO**, explain why not.

E.    Is the grievance procedure now completed?    YES (X)    NO ( )

F.    If there is no grievance procedure in the institution, did you complain to authorities?    YES (X)    NO ( )

G.    If your answer is **YES**:

1.    What steps did you take?

I STATED To THE CounsiaLor's MR. BuTkie w Hs, oR MAJoR! Complain's HE Threw His Back on me.

2.    What was the result?    NoTHing For 54 Days OF complainTi.

H.    If your answer is **NO**, explain why not:    No THing s

**IV.** List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

**A.** Name of case and docket number: _Tipton V. Roth 91C4085, Tipton V. O'Malley 93C6313, Tipton V. Bailey 606 6579, Tipton V Kerl 05 C0Koo, (Lewis V. Washington 99C7031 Plaintiffs) Wrongful Conviction; Discrimination_

**B.** Approximate date of filing lawsuit: _October 1, 2007,_

**C.** List all plaintiffs (if you had co-plaintiffs), including any aliases: _"Skeet"_

**D.** List all defendants: _Mr. Rod R. Blagojevich, Mr. Roger B Walker Jr, C.D. Butkievch, Shaun Bass, Burnadine Kerl, Mr. Odie Washington, Et al., Burnadine Kerl,_

**E.** Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Federal Court, Northern District,_

**F.** Name of judge to whom case was assigned: _Justice: Elaine E. Buckle, Justice: Paul E. Plunkett,_

**G.** Basic claim made: _Discrimination) & Cruel and Unusual Punishments Inflicted._

**H.** Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Settle out of Court._

**H.** Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**



**V.    Statement of Claim:**

State here as briefly as possible the facts of your case.   Describe precisely how each
defendant is involved.   Include also the names of other persons involved, dates, and places.
**Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege
a number of related claims, number and set forth each claim in a separate paragraph. (Use
as much space as you need.   Attach extra sheets if necessary.)   *"GOVERNOR & DIRECTOR"*

Breaching Settlement, Dismissal, Cruel & unusual, Punishment.
Gov. R. Blagojevich, Sir: The very Reason your Being Place
in this "law suit," this is the only way to get your attention,
since the U.S. District Courts, was Inform that you still
have general population, inmates mix with Protective,
custody, inmates in X-House, Bernadine Kerl, whom
I had to sue, to show she's a liability, she lie's on inmates
to get them Beat, she's a "Drug" user, that's a fact, I had
settle my case against Bernadine Kerl, to Dismiss,
if she stays far away from me. Today she return back
to X-House, stop right in front of my cell, looking at
me real, real crazy! Talkin loud, I said to my
self Mr. Blagojevich, Mr. Walker, gentlemen's I
here we go again, this is one of the most ina-
appropriate unprofessional, move Stateville, admin
station has made, Bernadine Kerl, has been told
over and over, about her sick! Behavior, she has
no! respect for her "Job," her co-worker, inmates
or nothing, I Dismiss my "law sue," gentlemen

Revised 4/01                                                            6

(2)

on THE grounds THAT iT would BE Honor! BurnaDine neal, Has no! RighT To STanD in FronT of my cell, JusT looking AT me, liKE SHE Has losT Her mind, I Knew genTlman iTis Emrly in THE morning, And Im STanDing in my Boxens I looK up, SHE STanDing THERE, THis All Happen on 10-1-2007, THan once I looK up And TaRn ARound, SHE Try To play iT off, liKE SHE is Talkin To AnoTHER inmaTe ABout A STATE TRAy, THAT live's up STAiR's 2TH flood, BuT SHE is down on FRisT flood, RighT in FronT of my cell, looking AT me Real, Real, HARD, come on genTiman, Her BacK ground, is FAR To DRity, iSHE sHould HAvE BEEn in JAil a reny long Time Ago, DRug use, saleing sex, Having inomaTe's BEaT, invole in BEaTing, looKis liKE EACH Time SHE do some THing wreng, All SHE Has To Do is open HER LEGis on mouTH, THan SHE BEaT's THE Rapp, SHE is Trying To SenE me foRK, once again, genTlman you gu y s nEEds To clean X-House up, if your noT Approve PRoTecTivE cusTody, Buy-Buy, BuRna-DinE, nEal, SHould noT BE ARound ME in X-House, And EACH Time, I STEP up genTiman, SHE Try To gET me

③

"Loia Ble"                                    "Burnadine Kerl"

Transfer, now on this date: 10-5-2007, officer
Burnadine Kerl, came to my cell, lower east-
6, and told me I got to give up my Fucking
bottom bed, to an another inmate, when
I was in the cell frist, than she just up out
of the blue! call Lt. Washington, Lt. Godwin
and I.A, Affairs officer, williams and out
Right told a lie and said I Refuse to give
up the bottom bed, than she ask Lt. Wash-
ington, could she lock me down, now Lt.
Washington, Just stated mr. Tipton man
Im going to assistant: warden, Wright to
get her remove from X-House away
from around you, now get this she
just gotten kick out of the inmates
Hospital, for givin, another inmate some
"Extacy Drug," and they the adminstation
place her back around me, and soon as
she step's over here she starts her retaliation
she needs to be behind bar's, she's a liability
to her self, and to other's around her as
well, now this was the only way to get you
gentl, man attenion! years of disrespect
to inmates and staff, drug use's Etal, now
I pray that this time that the wheel of jus
ice findly send here this message, 'I's time
to go, see Lt. Washington, see Lt. Godwin
This is a on going thing, with officer, Kerl, an
now she's been place back in X-House
After, it was stipulated that she's not to
be round me, so now Im going threw a
change of retaliation's from this crazy



"LOVABLE"

OFFICER, I PRAY THAT THE POWER THAT BE
FINDLY SAY'S YOUR TIRED OF HER MESS' THIS LAW
SUIT, THAT'S BEING BROUGHT IN GOOD FAITH, NO ONE
IS ABOVE THE LAW; BUT BURNADINE KERR THINK
SHE IS, NEXT I WAS PLACE IN "SEG" FOR 30 DAYS
FROM 5-30-07 - TILL 6-29-07, ONCE I WAS RE-
LEASE, I SEEN BURNADINE KERR, OVER IN OF HOUSE
THAN I WAS FORCE TO GO TO 4 GALLERY GENERAL
POPULATION, FOR 54 DAYS, THAN AT ONE POINT I
HAD A HOSPITAL PASS, THIS OFFICER, KERR REFUSE TO
LET ME SEE THE DENTIAL PEOPLE'S, ITS JUST BEEN
KNO ON GOING MOVE'S OF RETAILATION'S, NOW ITS
HAS GONE TO FAR WITH THIS CRAZIEST, SO NOW IM
REQUESTING THAT THIS OFFICER KERR, FINDLY
BE BROUGHT TO SOME KIND OF JUSTICE! AND
MOST OF ALL TO HONOR! THE STIPULATION THAT
SHE'S NOT TO BE PLACE AROUND ME ALL GENTLEMAN
ALSO YOU GENTLEMAN'S SHOULD LOOK INTO THE MATTER
WHY SHE WAS REMOVE FROM THE HOSPITAL GIVING
INMATE'S DRUG'S I MEAN IT'S JUST TO MUCH OF
OFFICER BURNADINE KERR, MADEST, SHE KEEP'ON
STARTING MESS, GIVING HER ON CO-WORKER'S HELL;
NOW SHE'S GIVING INMATE'S DRUG'S AND ALL SHE GET
IS REMOVE FROM THE HOSPITAL, AND SHE COMES RIGHT
OVER HERE, AND START HER RETAILATION'S BY
OUT RIGHT LIEING ON ME, SHE SHOULD NOW BE A
RIGHT FAIR, THE LINE MUST BE DRAWN ITS THAT
TIME, I PRAY THAT SHE IS REMOVED AWAY FROM A-
ROUND ME, "KICK" OUT OF THE DEPARTMEN
OF CORRECTION'S, SHE ALWAYS START'S THE MESS
THAN SHE CALL'S HERE BEATEN UP BUDDIE'S, GENTIM
THIS OFFICER SHOULD HAVE BEEN IN "JAIL" ALONG TIM



"LIABLE"

Ago, Maybe This Time, By making you Two gentlman's Aware of her latest Sick Back in the day move's, what officer, Kerlisin Fenk, of is Change She's In'Ein gin the past, I Pray That This's law suit, Can Findly put her Behind bar's on at lense Frier, people are Tried of her mess, All Away Around The Borad, Warden, Me, me Crown, is Doing, his Best To control This place But officer Burnadine herd, Do you Think She Care's no This is why I'm Asking Both of you gentlman step in A lay The law down, This law suit is Being Brought in good Faith, Requesting Justice See lt. Washington, lt. godwein, its surly Time To put This officer, Burnadine Kerlin Jail, or Frier her, The whole Correctional center, Stateville, is Surly Tried of her mess, This Concludes This "law suit,"

**VI.   Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.
Cite no cases or statutes.

BURNADINE KEEL, HAS MADE ME EMOTIONAL —
DURESS, BREACHMENT, STIPULATION TO DISMISS,
THE CASE OF NO. 05 C 0400, WHICH WAS "BREACH," CRUEL
AND UNUSUAL PUNISHMENT, FORCEING ME IN POPULATION
FOR 54 DAYS AGAINST MY WILL. PUNITIVE DAMAGES,
WHAT EVER THE COURTS FEEL, I SHOULD RECIVE IS FIND WITH ME.

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this
Complaint are true to the best of my knowledge, information
and belief.  I understand that if this certification is not correct,
I may be subject to sanctions by the Court.

Signed this _OCT,_ day of _/_ , 20 _07_

_____

_M. E Duane Tipton_
**(Signature of plaintiff or plaintiffs)**

_MR. DARNELL TIPTON_
**(Print name)**

_K-01054_
**(I.D. Number)**

_P.O. BOX 112_

_Joliet, Illinois, 60434_

_____

**(Address)**

ILLINOIS DEPARTMENT OF CORRECTIONS
## COMMITTED PERSON'S GRIEVANCE

| Date: 8-12-2007 | Committed Person: (Please Print) MR. DARNELL TIPTON | ID#: A01D541 |
|---|---|---|
| Present Facility: F-452 | Facility where grievance issue occurred: | UNIT X-HOUSE |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Mail Handling
- [ ] Restoration of Good Time
- [ ] Disability
- [x] Staff Conduct
- [ ] Dietary
- [ ] Medical Treatment
- [ ] Other (specify):
- [ ] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator

- [x] Disciplinary Report: 5, 30, 2007 STATEVILLE CORR. CENTER.
      Date of Report / Facility where issued

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
      Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
      Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
      Chief Administrative Officer, only if EMERGENCY grievance.
      Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
      administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
      Administrative Officer.

Brief Summary of Grievance:   SuBJect: To BeleAse BAck To X-House
"ProTecTive CusTody,"
(GRIEVANCE OFFICER.   (AppeAling SecoND GRIEVANCE)
I wAs plAce in seg. on
5-30-2007. FoR it's ProTecTive
CusTody, I wAs given 30 DATs. Now
I DiD my seg Time now I'm RequesT-
ing To Be senT BAck To X-House ProTecTive
CusTody, which I even The RighT To Be pArT
of The ProTecTive cusTody ProgrAm, Twice in THE

Relief Requested:   MY SETTlemenT AgReemenT, is Being "BReAch"
UNiDen, TipTon V Kehl, eT Al, No: 05 C4400, & Lewis V WAsh-
ingTons, eT.Al. No: 99 C4081, HeA mAING PlAinTiffs, THANk You.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____    _____    _____
Committed Person's Signature       ID#       Date
(Continue on reverse side if necessary)

---

| | **Counselor's Response (if applicable)** | |
|---|---|---|

Date Received: 8/15/07    [ ] Send directly to Grievance Officer    [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response:   To counselor of X-House To keep you in
X-House as you want PC.

E.B. Mickiewick        C. R.       8/22/07
Print Counselor's Name       Counselor's Signature       Date of Response

---

| | **EMERGENCY REVIEW** | |
|---|---|---|

Date Received: ___/___/___    Is this determined to be of an emergency nature?    [ ] Yes; expedite emergency grievance
    [ ] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

_____    _____
Chief Administrative Officer's Signature       Date

Distribution: Master File; Committed Person    • Page 1    DOC 0046 (Eff. 10/2001)
(Replaces DC 5657)

Printed on Recycled Paper

U.S. DiSTRiCT CouRT, TipTon V. KeRB, et al —
No: 05C0160, Lewis V. WaShingTon, No: 99C7081
As a mano plaintiffs, now Im Being given The Run
ARound, And STaTeVille, conn. Center, is BReaching
my SettLement AgReement, By Holding me
in F0452 Since 6-29-2007, ThaT, The Day I
waS Release From Seg: Im Requesting, ThaT Room
Be made To Remove me From F·House, And Im
also Requesting ThaT afTeR my grievance iS HeaRd
please ReTuRn iT Back To I mR. DaRnell TipTon
A0154, This concludes my grievance.

RespectFully
mR. DaRnell TipTon
A0154

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
### Return of Grievance or Correspondence

Offender: _Tipton_ _Darnell_ _A01054_
Last Name        First Name        MI        IDOC

Facility: _STA_

☐ Grievance (Local Grievance # (if applicable): _____ or ☐ Correspondence

Received: _9,6,07_    Regarding: _DR 5/30/07_
Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☐ Use the Committed Person's Grievance Report, DOC 0047 (formerly DC 5657), including the Grievance Officer's and Chief Administrative Officer's response, to appeal.

☐ Provide a copy of the Committed Person's Grievance, DOC 0046 (formerly DC 5657) including the counselor's response if applicable).

☐ Provide date(s) of disciplinary report(s) and facility where incident(s) occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to:    Administrative Review Board
Office of Inmate Issues
1301 Concordia Court
Springfield, IL   62794-9277

**Misdirected:**

☐ Contact your correctional counselor regarding this issue.

☐ Request restoration of Good Conduct Credits (GCC) to Adjustment Committee. If request is denied, utilize the inmate grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns to:  Illinois Prisoner Review Board
319 E. Madison St., Suite A
Springfield, IL   62706

**No further redress:**

☐ Award of Meritorious Good Time (MGT) and Statutory Meritorious Good Time (SMGT) are administrative decisions; therefore, this issue will not be addressed further.

☑ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on ___ / ___ / ___
Date

☐ No justification provided for additional consideration.

Other (specify): _____

Completed by: _Melody J. Ford_    _Melody J Ford_ _9,10,07_
Print Name        Signature        Date

DOC 0070 (10/2001)
(Replaces DC 710-1274)

XLE.06

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

| Date: 8-22-2007 | Committed Person: (Please Print) MR. DARNELL TIPTON | ID#: A-01054 |
|---|---|---|

| Present Facility: X/House | Facility where grievance issue occurred: F# House |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Mail Handling
- [ ] Restoration of Good Time
- [ ] Disability
- [x] Staff Conduct
- [ ] Dietary
- [ ] Medical Treatment
- [ ] Other (specify):
- [ ] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator

- [ ] Disciplinary Report: 5/30/2007    STATEVILLE CORRECTIONAL CENTER
                              Date of Report          Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
  **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  **Chief Administrative Officer,** only if EMERGENCY grievance.
  **Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** "SUBJECT" "BRECHMENT OF SETTLEMENT"
                                              CONTRACT

Dear
    GRIEVANCE STAFF:
              ON THE ABOVE DATE 5-30-07
      I MR. TIPTON, WAS INVOLVED IN AN
        ALTERCATION, WITH AN ANOTHER INMATE,
  WHICH LED TO ME BEING PLACE IN DISCIPLINARY "SEG"
  UNIT FOR 30 DAYS, NOW I WAS RELEASE FROM "SEG"
  UNIT ON 6-29-07, I HAD CAME FROM X# HOUSE

**Relief Requested:** I SEEK MY JOB' BACK, THAT I HAD UNDER TIPTON X. MICH
CELL HOUSE-HELP. IN X-HOUSE I SEEK $54.00 FOR THE 54 DAYS I
SPENT IN X-HOUSE AFTER I WAS RELEASE FROM SEG' ON 6-29-07.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____    _____    ___/___/___
Committed Person's Signature          ID#         Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

| Date Received: 8/31/07 | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

**Response:** The grievant is to be advised that he may
request to be placed on the Job waitlist
by writing the Assignment Committee. Also, if the
grievant is seeking to have job for 5/30/07 expunged he
must note such in the relief section above.
J. Baldwin                                         8/31/07

Print Counselor's Name          Counselor's Signature          Date of Response

---

**EMERGENCY REVIEW**

| Date Received: | Is this determined to be of an emergency nature? | [ ] Yes; expedite emergency grievance |
|---|---|---|
| | | [ ] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner. |

RECEIVED
SEP 06 2007
OFFICE OF
INMATE ISSUES

_____    ___/___/___
Chief Administrative Officer's Signature          Date

Protective custody. Now upon my release from "seg" unit after doing my "seg" time, I should have sent back to protective custody. Why? Because I won the right to be in protective custody threw a law suit on a settlement contract between my self an the assistant attorney general but in stead I was place on 4 gallery 452 the general population, from 6-29-07 to 8-22-07 which lead to me being kept in F House 54 Days after I was release from "seg" which was wrong, than I had to reassign back into protective custody. After winning in the U.S. District court. Tipton vs. Karl, NO: 05C800, threw a settlement contract once my "seg" time was done I should have been sent back to X House, protective custody. But that was not the case, I was place on 4 gallery against my will? was the general population, my concern now, is why? and who? branched this settlement contract nothing was done accurate in regards to making sure that I should have been retain back to protective custody on 6-29-07, when on that day I was release from "seg" I kick by placeing I me. Tipton on a population gallery, against my will is surely and act of cruel and unusual punishment inflicted upon me. I was deprived the right of my settlement contract, By holding me in "seg" for 54 Days, I was deprived the right to be sent back to protective custody once my "seg" time was over, so at this time, I'm going to ask the powers that be, to Re-examined to see if my Rights was violated once again, I'm asking that this matter be comfronted by the powers that be, also before I was transfer from "Stateville" corr. center, I was on cell-house-help in X-House, and the reason to loss the Job I had to be transfer to Menard corr. center to fight my case Tipton V. Karl NO: 05C800, once I return back to "Stateville" on settlement contract I never request for my Job back, now I'm asking it back since each time I beg back and try to done my time some stuff from 6 months or year, to the some thing slick and I always in up in the district court, fighten for what little Rights I do have, This concludes my grievance. Respectfully; Mr. Darnell Tipton

Tipton Cop.

(3)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DARNELL TIPTON,                    NO. 05C0800
        V.     PLAINTIFFS,         HON. PAUL E. PLUNKETT
BURNADINE KERL, ET AL,             Judge PRESIDING
        DEFENDANTS,

        "BREACHING SETTLEMENT DISMISSAL"
          "CONSIDER THIS MOTION"

NOW COMES PLAINTIFFS, DARNELL TIPTON, PRO SE LITIGANTS,
I WISH TO INFORM THE COURT, THAT THIS MOTION IS BEING
BROUGHT IN good FAITH. NOW AT THIS Time UNIT X-House
PROTECTIVE custody, is ABOUT TO MAKE A VERY Big CHANGE
MEANING TRUNING UNIT X-House Building ALL THE way IN
TO PROTECTIVE custody, Cleaning out any INMATES
THAT HAS general population STATUS, OR NOT APROVE
PROTECTIVE custody, NOW I would LIKE THE court
AT THIS Time DRAW THERE ATTENTION very close
on WHAT I'm ABOUT TO say, iT is UNCLEAR AT THiS
Time, BuT word is THAT SARGENT, BURNADINE KERL,
WHOM I "SUE," AND MADE A SETTLEMENT Judgement
THAT iF I "Dismiss", THE "LAW suiT," SHE'S NOT TO COME IN
TO CONTACT wiTH I MR. TiPTON, WHEN I RETURN BACK
TO STATEViLLE CORRECTIONAL CENTER, NOW To my un-
derSTANDing SHE'S supose To BE RETRUNING BACK To
X-House PROTECTIVE custody, AS THE Cell-House SARGENT
ONCE AgAiN AND THAT would INDEED BE A BReach of
OUR SETTLEMENT DISMISSAL, BETWEEN MY SELF AND
THE FORMER ASSISTANTS ATTORNEY general THE HONORABLE
MS. ALEXANDRA BUZANIS, SARGENT, BURNADINE KERL, is A
VERY VERY Big LIABILITY TO HER SELF, AND TO THE department
OF CORRECTION, AND I'm SURE THAT HER PAST, WiLL SURELY

(2)

demonstrate exact what Im saying, once Her Files are pulled
she's very unprofessional, Her conduct is that of a "wild
dog," She's Disrespectful, to inmates and Her Co-workers
as well. And Her disciplinary Record is that of a Human
that has no Regaurds for Her "Job" or nothing, She is a
out Right wrongdoer, and when ever Authorizing
sargent, Burnadine Kerl, to come Back to X-House to Be
the unit sargent, once again than the safey of all the
inmates and officer's Life's will Be indeed place on the
"Lifeline", she is a Liability waiting to Happen, she sets out on
a personal Note! to mess over inmates and she Disrespect
Her co-worker's, she's a known Drug user, she's very dangou
And she's the kind of person or individual who should have
Been place Behind Bars a very Long Time ago, so I now say
to this Honorable court, How can Stateville, correction
center, Administration, once again "Trust," Burnadine
Kerl, to supervisory, the same Protective Custody Building
That she mistreated in the past, so very Badly, she had
to Be Removed for good, Now she's attempting to try to
Return. I have a lot's to say About this matter, and
if she Returns Back to X-House Protective custody, I shall
Bring a "Law suit," Against Her and Stateville, Administration
for Breaching this settlement Dismissal, Because this
would surly Be a unprofessional, move on the Administratio
part, Im Requesting to this Honorable court, to Block any
kind of Attemp, thats made to Bring Burnadine Kerl, Back to
X-House Protective custody. I pray to god that this motion,
is Granted, this concludes.

Respectfully:
Submitted
mr, Darnell Typton

①

"POWERS THAT BE"                    10-5-200'
GOVERNOR, ATTORNEY GENERAL,
          JUSTICE, PAUL. E. PLUNKETT

DEAR,
        AUTHORITY'S
                    THIS LETTER OF CORRESPONDENCE'S
        is giving you all a HEADS up! THAT OFFICER
        BURNADINE KERL, HAS FINDLY VOILATED THE SETT
        MENT, DISMISSAL, WITH STICT STIPULATION'S, SHE'S NOT
        TO COME WITH IN 100 YARDS, AND IF SHE DO AND
        TRYING TO RETAILATE, OR TRYING TO CAUSE ANY KIND
        OF BODY HARM, SHE CAN BE OPEN TO AN AREST, WELL
        SHE HAS FINDLY PLACE HER SELF ABOVE THE LAW! NOW
        SHE JUST VOILATE'S COURT ORDER'S WHEN SHE'S GOOD
        AND READY, ON 10-5-2007, I RECIVED A CELL MATE
        BY THE MANE OF MR, GOODMAN, WHO HAS A LOW BED
        PERMITT, I MY SELF HAS A GUN SHOT IN MY LEFT LEG,
        SO ITS VERY HARD FOR ME, TO BE JUMPING UP AND DOWN
        TRYING TO BE CLIMBING BACK AND FORTH, SO BURNADINE
        KERL, INFORM ME THAT I HAD TO GIVE UP THE BOTTOM BE
        SO RIGHT WHEN I AND MR, GOODMAN, BEGAN TO
        MAKE THE EXCHANGE, OFFICER, BURNADINE KERL, GOT
        ON THE WALKIE TALKIE, CALL LT, WASHINGTON, AND
        LT, GODWIN, I.A. OFFICER, WILLIAMS, AND OUT RIGHT LIE
        ON ME, AND STATED THAT I MR, TIPTON, WAS FIGHTINE
        HIS CELLY MR, GOODMAN, FOR THE BOTTOM BED, NOW
        AFTER SHE MADE UP THE LIE! SHE PULLS OUT 2 CAN'S
        OF "MASS" AND ATTEMPED TO SPRAY ME, LT, WASHINGTON
        HAD TO TELL HER TO PUT THE "MASS", AWAY THAN AFTER
        EVERY ONE LEFT, LT, WASHINGTON STATED THAT SHE'S AT
        YOU, AND ITS OWN, BUT HE WAS GOING TO ASSISTANT'S
        WARDON, WRIGHT, TO GET HER REMOVE FROM B-HOUSE,
        FRIST OF ALL SHE'S NOT EVEN SUPOSE TO BE ANY WHERE,

②

around I Mr. Tipton, Next if she Voilate's this Court order, bigig and Trying to Cause I Mr. Tipton, great Body Harm, she can Be Truly arrested, we) she Has indeed Bridged this gap, Between the stipulatio I made with Former Attorney General, Ms. Alexandra Buzani's, Considerably and the only Resolution that's left is to lock Her up, Because if the law is not Honor, than the door's will stay wide open for the Burradin kerl's of this Department to stoudly Break the law and get away with what ever, To do dirty thing's to whom ever, Her Future should Be over as an Correctional Officer, she's Been an Liability From the very start Her sicko act's Has Been cover-up, over and over, it's Time To surly place Hand cuffs, on this Liability Burradine Kerl, I'm asking For great Consideration to Remove From X-House Protective custody, she's a threat to all the inmate's and Her Co-worken's as well, word is that she's just gotten kick out the Hospital, For giving inmate's Drug's, she's Voilated our settlement agreem ent, she's out Right lie on me, she Tried to get LT, god wir LT. Washington, To jump me, Stateville is Tired of this Dum Fool, Burradine kerl, Now I surly think and Feel's it's Time For the wheel's of Justice to let Her see the light's inside of one of Illinois Jail cell's she's Told all the inmate's she's out to get me, she's Told LT. Washington she's out to get me, and that's just the Tip of the Ice — Birg, I pray that you law maker's Recognize's that this officer, Burradine kerl, is to Big of a Liability at this Time and she should Be Fired at ence! this is the only solution that's left, you all Have an obligation to insure my safety at this Time she Has I Mr. Tipton, has Been place under great Dyrest, at this point and Time this concludes, Help! please!

RECEIVED
SEP 06 2007
OFFICE OF
INMATE ISSUES

SUBJECT/ BREACHMEWS                    9-1-07
Dear,        (of SETTLEMENT CONTRACT)
  A, B,     "last of JoB" CELL House Help

         I mr. Durnell Tipton, 401-34 is
Fileing THis grievance on THe grounds
THAT I was sent To F House "seg" on an alte
cation, THAT Happen in X House PRoTecTive CustoDy
a FighT wHicH leD To I mr. Tipton Reciveing 30
Days in seg, now I was Release From "seg" on 6-29-
after I did my Time I sHould Have Been sent Back
To PRoTecTive custoDy, BuT insTeaD I was sent To
4-gallery population, For 54 Days, THAT was when
Because I wean A law suit, To Be Here in X-House
PRoTecTive CustoDy, Tipton v. Kurk, and assi atty gower
us, Alex BawTiani, Had a settlement contract, an
after Being place in population and gley'ey, Hand gam
I Had To File all kinds of paper work, and THat shouw
not Have To Happen, wHile FighTon my law suit, I Ha
To Be sent To howard Corr, Center, I was Beaten
By 2 officer's, so THey Had To gang an Huring To Transf
me out, so now since I Had KeTurn Back, I Had not
Had a DisicipliNary RepoRt on me, in 15 monTHs so out
THe Blue, I got attacted so I Had To DeFend myself,
I Had lost my "JoB," on Cell-House-Help, Because I Hu
To leave To FighT my ~~~~ law suit, once a settleme
contract was Reach, I was RaTurn Back To staTeville,
correction, and I never ask For my JoB Back, so no
since some one THRow me on 4 gallery and some one
Try To pull a FasT one, By Trying To stop me From RaTurnin
Back To X-House PRoTecTive CustoDy, wHAT THey DiD n
Know, was THaT I got Back, THRew U.S. DisTRict cour
now since my setTlement, contract was BreacHeD B
Placeing I mr, Tipton is populaTion against my will I'm

RECEIVED
SEP 11 2007
OFFICE OF
INMATE ISSUES

Bringing This matter Before The A.R.B. seeking some kind of Justice, yes I'm Back in x-House Protective custody, lower east, But The law has Been Broken once again, I Have not Recive my "Job" Back! These head games About me being put on some waiting list! is game! check each inmate who's on, cell-House-Help! was not place on No-waiting list They was Hand pick, so since They want To keep on Hating on, I Mr, Tipton, Placeing The self's above The law! Than I Have know other choice But come To The A.R.B. on a count of law! and now what any one say's my settlement contract was Br. By Holding me in "seg" For 54 Day's, after I was Rele From seg on 6-29-07, 9-22-07, when I was sent Ba To Protective custody, yes my settlement contract is Breached, why? Do These officer's do The Thing's They do your own Rule's Tell's Them not To do, But They place Them self's above The law! They Take me as a Joke! a That's Real sad A.R.B. This concludes my grievance

                                   Respectfully
                            Mr, Darrell Tipton
                            ID # A# 01054



# OFFICE OF THE ATTORNEY GENERAL
### STATE OF ILLINOIS

**Lisa Madigan**
ATTORNEY GENERAL

June 15, 2007

Darnell Tipton, #A-01054
Stateville Correctional Center
Route 53
P.O Box 112
Joliet, Illinois 60434

Dear Mr. Tipton:

This letter is in response to the correspondence you mailed to Alexandra Buzanis on June 12, 2007 regarding your concerns for your safety. Ms. Buzanis is no longer employed by the Office of the Attorney General and would not have the authority to investigate such a matter in any event.

If you are concerned for your safety, you should attempt to address it through the process available to you through the Illinois Department of Corrections, including but not limited to the grievance system, and designating other inmates as "keep separate from," naming them as enemies.

Very truly yours,

*Andrew W Lambertson*

ANDREW W. LAMBERTSON
Assistant Attorney General
General Law Bureau
100 W. Randolph St., 13th Fl.
Chicago, Illinois 60601
(312) 814-1187