UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Darnell Tipton            }
                          }
        Vs.               }   Case No. 07 C 6210
                          }
Burnadine Kerl et al.     }

**TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR REASSIGNMENT**

It appearing that the above-captioned case has been assigned to the calendar of Judge Moran in error; it is recommended that the assignment be vacated and the case be reassigned to the next available Judge by lot.

MICHAEL W. DOBBINS, CLERK

Dated: November 15, 2007          C. Mercado, Deputy Clerk

********************************************************************************

**ORDER OF THE EXECUTIVE COMMITTEE**

**IT IS HEREBY ORDERED** that the Clerk of the Court reassign the above-captioned case by lot to the calendar of an active judge of this court in accordance with the Rules.

ENTER:

FOR THE EXECUTIVE COMMITTEE

Dated: NOV 16 2007

Chief Judge

Pursuant to 28 USC Section 294(b), Senior Judge Moran does not receive prison conditions cases at this time.

