UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

FILED
NOV 29 2007
NOV 29, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DARNELL TIPTON,                    NO. 07C6210,
         VS.   PLAINTIFFS          HONORABLE: J. PALLMEYER,
BURNADINE KERL, ET AL              Judge: Presiding.
         DEFENDANTS

"MOTION"
"APOINTMENT OF COUNSALOR."

NOW COMES PLAINTIFFS, DARNELL TIPTON, PRO SE, AND THE DEFENDANTS, BURNADINE KERL, BY AND THROUGH THEIR ATTORNEY, LISA MADIGAN, ATTORNEY GENERAL OF ILLINOIS,

AT THIS TIME, I AM REQUESTING AN APOINTMENT OF COUNSALOR, THROUGH THIS HONORABLE COURT, TO FIGHT THIS OFFICER, BURNADINE KERL, SHE'S SLAP THIS HONORABLE COURT IN THE FACE OVER AND OVER, SHE'S VOILATED COURT ORDER'S, DEPARTMENT RULE'S, SHE'S A DRUG USER, SHE TRY TO CAUSE ME BODLY HARM, SHE STOLE MY EX-CELL MATE: MR. GOODMAN, PERSONAL PROPERTY, AND MADE UP A FABRICATION, THAT I DID IT, THAN SHE TRY TO GET ME SPRAY WITH PEPPER MACE: ALL THIS COMES FROM A "LAW SUIT," TIPTON VS. KERL, NO. 05C0800, ITS A RETALIATION, AND ALL THE FRINEDS ASSISTANT WARDEN, WRIGHT, IS CONDONEING HER BIZARRE BEHAVOR OR TURN A BLIND EYE, FOR FEAR OF WHAT SHE MIGHT SEE, BURNADINE KERL, BE-LONG BEHIND BAR'S, SHE'S GOTTON AWAY TO MANY TIMES AND

"OVER"

AND NOW THIS CRAZY OFFICER, BURNADINE KERL, THINKS SHE'S A GANGSTER, I SWEAR BEFORE GOD, THIS IS JUST ONE REASON IM REQUESTING APOINTMENT OF COUNSALOR, SHE USE HER "BODY," TO GET HER WAY, I PRAY TO GOD ALMIGHTY SINCE SHE SLAP THE U.S. DISTRICT IN THE FACE AGAIN, I PRAY THAT THIS TIME SHE GO'S TO "JAIL," WHERE SHE BELONGS AT. I PRAY THAT THIS HONORABLE COURT GRANTS THIS HERE MOTION, THIS CONCLUDES.

RESPECTFULLY:
(SUBMITTED):
MR. Darnell Tyler
ID # A01054.