## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6210 | **DATE** | 12/20/2007 |
| **CASE TITLE** | Darnell Tipton (#A-01054) vs. Burnadine Kerl, et al | | |

**DOCKET ENTRY TEXT**

Plaintiff, a state prisoner, has brought this pro se civil rights action pursuant tot 42 U.S.C. § 1983, alleging that an officer at the Stateville Correctional Center has violated Plaintiff's constitutional rights by retaliating against him for filing an earlier lawsuit. Plaintiff now asks the court to appoint an attorney to represent him. He has not used the court's form for filing such a motion, however, and has not provided certain information called for by the form – in particular, Plaintiff has not explained what efforts, if any, he has made to find counsel on his own. The motion (11) is denied without prejudice. The clerk is directed to provide Plaintiff with a copy of the form motion for appointment of counsel.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mjm |
|---|---|---|