I

COURT
COPY (A)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION,

DARNELL TIPTON

**FILED**

DEC 2 6 2007 ecv

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

V.      PLAINTIFFS,

BURNADINE KERL, DEFENDANT.

NO. 07C 6210

HON. J. PALLMEYER.

Judge Presiding

"MOTION"

"RETALIATION ONCE AGAIN"

NOW COMES PLAINTIFFS, DARNELL TIPTON, PRO, SE
DEFENDANT, BURNADINE KERL, THOUGH THEIR
ATTORNEY, LISA MADIGAN, ATTORNEY
GENERAL, STATE OF ILLINOIS,

ON THE ABOVE DATE; 12-19-2007, OFFICER, B.
KERL, CAME TO MY CELL ABOUT 8; AM AWAKEN
ME, AND START SINGING THAN SHE SAID IM
A GANGSTER BITCH! THAN SHE HAD OFFICER,
DEYOUNG TO TAKE MY TV, OFFICER, HAKINS
GAVE ME THE TV, FOR SAVEING ANOTHER OFFICER
LIFE! ON 12-20-2007, I ASK TO SEE I.A. AFAIRS,
OFFICER, KERL, CALLS HER BOY FRIEND MAJOR,
LAKE, HE HAS ME WRITE TO SEG: WHERE IM
AT RIGHT NOW, THIS CONCLUDES,

RESPECTFULLY,
SUBMITTED
MR, Darnell

(OVER) FOOT-NOTE, OFFICER, KERL LIE TO PUT ME SEG;

NOTE',

I Hope THE courts

For give me at This Time

I Do not Have any of my
Propretg, That whg I
Dont Know THE WHole NumBer.

Please for me.