"I"

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

DARNELL TIPTON,                              CASE NO: 07C6210

  V.  PLAINTIFF,                             HON: REBECCA R. PALLMEYER

BURNACINE KERL, ET AL,

       DEFENDANTS                            Judge Presiding.

"MOTION"

Reconsider Ruling:

FILED
Jan 2, 2008
JAN 0 2 2008  aew
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Now comes Plaintiff, Darnell Tipton, Pro-se civil complaint,

1. I Bring this motion before this court in good faith, upon reading the courts ruling, C/O Kerl did not wait to retaliate once again, on the above date: 12-19-2007, morning count, C/O Kerl, stop by my cell and stated mother-fucker, I'll be for your TV, it's mines, about 9:am she sent C/O Deyoung, to take my TV and my walkman, C/O Deyoung told me my TV is stolen, I recive my TV, 2-10-05, for saveing a officer life! See-Officer, Ackins, and officer, Hunter. C/O Kerl sent C/O Deyoung

(1)

ON THAT MISSION, ONCE AGAIN SHE HAS USE HER POSITION TO BELENGUER ME, TO HARASSMENT AND RETALIATE, AND THE INK ON THE COURTS RULING NOT EVEN DRY, SHE COULD NOT WAIT TO JUMP OUT THERE, (2.) SINGLE CELL I RECIVE A WRONGLY CONVICTION OF 60 YEAR'S, A INMATE HAD A FIGHT IN COUNTY JAIL, PLACE IN THE CELL WITH MR. TIPTON, THE NEXT MORNING HE TELLS THE JAILORS HE WAS RAPE BY MR. TIPTON, RECORDS SHOW'S HE LIE ON TIPTON, HE HAD A FIGHT WITH ANOTHER INMATE, NEXT DNA SHOW AND PROVE TIPTON DID NOT TOUCH THAT INMATE, HE HAD ALL KINDS OF CELLS IN HIS BUTT, BUT THE DNA WAS THAT OF OTHER INMATES, THE STATES ATTORNEY TOLD THE JUDGE THEIR'S NO EVIDENCE AGAINST MR. TIPTON, BUT THE COURT STATE WHEN YOU COME BACK ON APEAL YOUR GO HOME, THAT WAS 22 YEAR'S AGO. I WANT THE COURT TO TELL ME, WHY DO I HAVE 60 YEAR'S, WHY AM I BEING PLAY THIS WAY, NOT ONLY HAS THE LOWER COURTS VOILATED MY CIVIL RIGHTS, DUE PROSCESS, OF LAW, THIS IS WHY I BEEN SINGLE CELL FOR THE LAST 20 YEAR'S, I'M NOT GOING TO LET ANOTHER INMATE HURT OR LIE ON ME, 60 YEAR'S IT'S A JOKE! ONE BIG COVER-UP TO LONG, TO LONG.

(2)

Lower courts who made all the constitutional violations from my Due-Process to my Civil Rights. Mr. Tipton, saying that the courts should be concern about, 3 wrongly conviction's 22 year's of cover-up's. What do this court think, the states attorney office be place under the gunn; and the public see, that you sent a man away for 22 year's of his life! Because of hearsay! and you think he did it the crime, than the states attorneys told the courts there's no; DNA! evidence on Tipton, Judge! we going to trail anyway. Mr. Tipton, come back on appeal, he'll go home. I'm still here waiting. I'll kill my self, if any one think's I'll die or get release free, and come back here ever again, charge with Rape! Murder! Robbery! in other words after what I been threw, the courts must understand lots of Judge's states attorney's broke rule's too to put me here. I wish to god almighty Her Honor! can meet with me, it's a long shot! see Mr. Richard Kling, so-Annie E. Carlson, Mr. Tipton is surely wrongfully convicted and if this courts just say give me Tipton File's what you may find Darnell was

(3)

RIGHT, SO AS FAR AS THE PUBLIC SAFETY MY SAFETY IS ON THE LINE AS WELL

LOOK WHAT WAS DONE TO MY LIFE, AND HOW IT WAS COVER-UP. THAT IS THE

SADDEST OF IT IS THAT IMPORTANT PEOPLE'S WHO DIDN'T CARE JUST TO

THE INK FLOW, AND TRY TO THROW MY LIFE AWAY FOREVER, I'M NOT AT

ALL GOING TO LET THAT HAPPEN. SO AFTER 22 YEARS OF WRONGFULLY

CONVICTIONS, SOMEBODY NEEDS TO STEP UP, DON'T KNOW WHO WANTS

TO BE WRONG. BUT NOW BACK HERE IN STATEVILLE, I GOT WALK

TO SEG; FOR STANDING ON MY CIVIL RIGHTS, AND I'M SURE SGT.

KERL, HAD SOMETHING PLANTED IN MY CELL. LORD HELP US ALL.

THIS MOTION WAS ONLY REQUESTING RECONSIDERATION, BUT I'M A

FAIR PERSON, I RESPECT THE COURTS RULING, BUT I PRAY

THAT THIS MOTION IS GRANTED.

RESPECTFULLY,
SUBMITTED!
A81054 ID MR. Darnell Tipton

FOOTNOTE, LT. WARE, WHILE MR. TIPTON, SAID SGT. KERL, PUT THE MAJOR BAKER ON YOU!

(4)