CH

Court Copy:

UNITED STATES DISTRICT COURT.
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Darnell Tipton,                    Case No. 07C6210, 07C6210
         Plaintiff,                Hon. Rebecca R. Pallmeyer,
Burmachine Korn, et al.,           Judge Presiding.
         Defendants.

FILED
JAN 07 2008
Jan 07 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

"Motion, Wrongfully seg."

Now comes Plaintiff, Darnell Tipton, Pro se,
on this date; 1-3-08, I'm now on a food strike;
protesting this injustice; I here I receive 90 days
of seg; this is wrong; I pray the courts get to the
bottom of this injustice. This concludes.   Respectfully;
                                             Submitted;
            ID# A01054        w/s Darnell Tipton