I

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

Darnell Tipton,                     CASE NO. 07C 6210

V. Plaintiff,                       HON: Rebecca R. Pallmeyer

Burnadine Kerl, et al.,             Judge Presiding:
  Defendants.

"           MOTION: RECONSIDERATION"

Now comes Plaintiff, Darnell Tipton, Pro-se, Defendants, Burnadine Kerl, et al., Through their Attorney; Lisa Madigan; Attorney General of State of Illinois.

On 12-26-07, I was call to the Adjustment Committee, and they ask me Mr. Tipton, why are you in seg. I stated on 12-19-07 Sgt. Kerl sent C/O Deyoung to my cell to take my T.V. The T.V. was given to me. 2-10-05. By C/O Hckins for saveing C/O Manning's life! So on 12-20-07 I was on my way to the Chow Hall' I caught C/O Sullivan, and told him, I wanted to see I.A.

1.

Affairs, and soon as I got to my cell I was bum rush' by 4 officer's, C/O Taylor, C/O Wittness, C/O Duyoung, Lt. Wzare, "Jack me up" Handcuff! was behind my back! took me in a room, and said the "Major" "Luke" said to walk me, once Lt. Wzare got me to B House seg. His words, Mr. Tipton, S.G.T. Kerl. sent, Major Luke' off on you, for nothing' and Lt. Wzare then stated, Their's nothing I can do so I'm sitting in seg. Because S.G.T. Kerl. sew Did all these people's off on missions', the "INK" was not even Dry. on the Courts Ruling, S.G.T. Kerl. pull's one of Her act's, she shape this Court, in the Eye's and this Department, I'm requesting a full investigation, my T.V. Return, my release from seg. I pray that this Honorable Court grants this motion, this concludes.

Notes: S.G.T. Kerl. Has undermined.

This Honorable Court knows she Retaliation Always Do! Languish.

Respectfully:
Submitted:
2. ID# A01054. M.M. Darnell Tipton