Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | REBECCA R. PALLMEYER | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6210 | DATE | 1-8-08 |
| CASE TITLE | Darnell Tipton (#A-01054) v. Burnadine Kerl, et al. | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion to reconsider ruling [#17] is denied. The motion does not make clear what court action Plaintiff seeks. Plaintiff's renewed motion for appointment of counsel [#16], however, is granted, as Plaintiff does not appear to have the wherewithal to litigate this matter. Stacie R. Hartman / Schiff Hardin LLP / 6600 Sears Tower / Chicago, Illinois 60610 / (312) 258-5607 is appointed to represent Plaintiff in accordance with counsel's trial bar obligations under the District Court's Local Rule 83.37.

■ [Docketing to mail notices.]

mjm