COURTS COPY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Darnell Tipton,
　　Plaintiff,
v.
Burnadine Kerl, et al.,
　　Defendants.

CASE NO. 07C 6210
HON. Rebecca R. Pallmeyer
Judge Presiding

FILED JAN 11 2008
Jan 11 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

"MOTION" Food Strike"

NOW COMES PLAINTIFF, DARNELL TIPTON, PRO-SE, DEFENDANTS, BURNADINE KERL, ET.AL, Though their Attorney, Lisa Madigan, Attorney General of the state of Illinois,

　　At This Time, I wish to let the courts know that I just taken myself off a 30 day Food strike, for falsely being placed in seg, where I'm now housed. I started my Food Strike 1-2-08 and I ended 1-5-08. Why First of all I am Diabetus, when I got up the morning of 1-3-08, I was so Dizzy I fell back on the Bed my head got to hurting. Than

1.

The Sgt. Officer's, suppose to take you to the Hospital. On the 3rd Day, They Did nothing for me. So I must find another way to Protest against this Sgt. Injustice; I'm Just letting this Honorable Court know my latest moves.

1. Single Cell, I want have to worrie about being set-up again, or to keep trying to plant some one in the Room. Most of all, I have a illegal 60 years, hanging over my head that shouldn't be. 2. At this time I am Fileing (Initiated) False Disciplinary Proceeding's, violation Constitutional Rights, 8th Amend, Harrassed, Beleaguer, lie on, Retaliated against, more than once or twice. Surly the court's not blind and not turning her Head away from the True Facts. I Pray that this Motion is Understood in every way. This concludes. Respectfully Submitted,

Lt. Durman, Sgt. Balclusing Patmy
Food Stike in the Books.
1. The Days I was on,
2.

Mr. Donnel (Taptor
ID# A01054