IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DARNELL TIPTON A01054, | ) | |
| | ) | No. 07 C 6210 |
| Plaintiff, | ) | |
| | ) | Hon. Rebecca R. Pallmeyer |
| v. | ) | Judge Presiding |
| | ) | |
| BURNADINE KERL    et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JURY DEMAND

NOW COMES the defendant, BURNADINE KERL, by and through her attorney, LISA MADIGAN, Attorney General of the State of Illinois, and hereby demand a jury trial in this cause on all issues so triable.

                                                     Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois          By:    s/ Camile Lindsay
                                                         CAMILE J. LINDSAY
                                                         Assistant Attorney General
                                                         General Law Bureau
                                                         100 West Randolph Street, 13th Fl.
                                                         Chicago, Illinois 60601
                                                         (312) 814-4329