IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DARNELL TIPTON A01054, | ) | |
| | ) | No.  07 C 6210 |
| Plaintiff, | ) | |
| | ) | Hon. Rebecca R. Pallmeyer |
| v. | ) | Judge Presiding |
| | ) | |
| BURNADINE KERL, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING

TO:   Stacie Rachel Hartman
Schiff Hardin, LLP
6600 Sears Tower
Chicago, IL 60606

     **PLEASE TAKE NOTICE** that on January 22, 2008, the attached **APPEARANCE AND JURY DEMAND**, was filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, at 219 South Dearborn Street, Chicago, Illinois 60604, a copy of which is herewith served upon you.

LISA MADIGAN
Attorney General of Illinois                By:    s/Camile Lindsay
                                                                               CAMILE LINDSAY
                                                                               Assistant Attorney General
                                                                               General Law Bureau
                                                                               100 West Randolph Street, 13th Fl.
                                                                               Chicago, Illinois  60601
                                                                               (312) 814-4329

### CERTIFICATE OF SERVICE

     The undersigned being duly sworn upon oath deposes and states that a copy of the foregoing was served upon the above named at the address indicated by **CM/ECF** on January 22, 2008.

                                                                                                                        s/Camile Lindsay