IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DARNELL TIPTION A01054 ) | |
| ) | No. 07 C 6210 |
| Plaintiff, ) | |
| ) | Hon. Rebecca R. Pallmeyer |
| v. ) | Judge Presiding |
| ) | |
| BURNADINE KERL, et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' MOTION TO ENLARGE

NOW COMES Defendant, BURNADINE KERL, by and through her attorney, LISA MADIGAN, Illinois Attorney General, and move this Court to grant Defendant additional time to respond to Plaintiff's complaint.  In support of his motion, Defendant states:

1. Defense received this case on January 15, 2008.

2. An appearance was filed on January 22, 2008 for Burnadine Kerl.

3. Defendant is requesting an enlargement of time to file her responsive pleading so that she may further investigate Plaintiff's allegations.

4. This motion is made in good faith and not for purposes of delay.

5. Defense counsel has spoken with Plaintiff's counsel and they are not opposed to the granting of this motion for enlargement.

5. Plaintiff will not be unfairly prejudiced by the granting of this motion, but prejudice will inure if it is not granted.

WHEREFORE, Defendant respectfully prays that this Honorable Court grant this motion for enlargement of the time to file their response to Plaintiff's Complaint and give Defendant 30 days to file a responsive pleading.

                        Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois        By:   <u>s/ Camile Lindsay</u>
                                            CAMILE J. LINDSAY
                                            Assistant Attorney General
                                            General Law Bureau
                                            100 West Randolph Street, 13th Fl.
                                            Chicago, Illinois 60601
                                            (312) 814-4329