Complete Copy

MHN

**FILED**
JAN 23 2008
1-23-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

07CV6210

Darnell Tipton,
        Plaintiff,
v.
Burnadine Kerr, et. al.,
        Defendants.

CASE NO: 07C6210
HONORABLE: Rebecca R. Pallmeyer,
Judge Presiding.

"My Lord! you saves my life."

NOW COMES Plaintiff, Darnell Tipton, Pro-Se. Defendants, Burnadine Kerr, et. al.

On this above date; 1-16-2008, I just received the Best News of my Life! From this Honorable Court: I have an Attorney! Lord! Knows, I love you Justice: Pallmeyer, and Justice: Buckle. I have Tears in my eyes. These Champs been pushing me around for 22 years!!, Lord! Knows I am Blessed at this Time, Thank you Her Honor.

Respectfully
Submitted:
Mr. Darnell Tipton
ID# A01054

Her Honor: I did not
have a Big Envelope: I had
to Thank you, last Time.