# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | REBECCA R. PALLMEYER | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6210 | **DATE** | 1-31-08 |
| **CASE TITLE** | Darnell Tipton (#A-01054) v. Burnadine Kerl, et al. | | |

**DOCKET ENTRY TEXT:**

Plaintiff's *pro se* motion titled "retaliation once again" [#14], motion "wrongfully in seg" [#18], motion for reconsideration [#19], and motion "food strike" [#21] are all denied, without prejudice. Any further motions or filings must be filed by Plaintiff's appointed counsel.

■ [Docketing to mail notices.]

mjm