**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

DARNELL TIPTON,                          )
                                         )        No. 07 C 6210
        Plaintiff,                    )
                                         )        Hon. Rebecca Pallmeyer
        v.                            )        Judge Presiding
                                         )
BURNADINE KERL,  et al.,                 )
                                         )
                                         )
        Defendants.                   )

## AGREED MOTION TO ENLARGE

NOW COMES Defendant, BURNADINE KERL, by and through her attorney, LISA MADIGAN, Illinois Attorney General, and move this Court to grant Defendant additional time to respond to Plaintiff's complaint.  In support of this motion, Defendant states:

1.      Defendant was given until February 20, 2008 to file an answer to Plaintiff's complaint.

2.      Defense counsel has consulted with recently appointed Plaintiff's counsel and has been informed that Plaintiff's counsel needs additional time in order to investigate the claims as currently stated in the complaint.

3.      Defense counsel seeks this extension of time based on counsel for the Plaintiff's representation that they are currently evaluating the propriety of filing an amended complaint.

4.      Due to Plaintiff's representation, and in the interest of judicial economy Defendant is seeking additional time to respond to the Complaint.

5.      Plaintiff's counsel has stated they have no objection to the filing of this motion.

6.      This motion is made in good faith and not for purposes of delay.

WHEREFORE, Defendant respectfully prays that this Honorable Court grant this motion for

enlargement of the time to file her response to Plaintiff's Complaint until March 12, 2008.

Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois          By:    s/ Camile Lindsay
                                              CAMILE J. LINDSAY
                                              Assistant Attorney General
                                              General Law Bureau
                                              100 West Randolph Street, 13th Fl.
                                              Chicago, Illinois 60601
                                              (312) 814-4329