IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DARNELL TIPTON A01054, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.              ) | No.07 C 6210 |
| ) | Judge Rebecca R. Pallmeyer |
| BURNADINE KERL, ) | |
| et al.,  ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

TO:   Stacie Rachel Hartman
      Schiff Hardin, LLP
      6600 Sears Tower
      Chicago, IL 60606

    PLEASE TAKE NOTICE that on the 25th day of February, 2008 at 8:45 a.m., I shall appear before the Honorable Judge Rebecca R. Pallmeyer or whomsoever may be sitting in her stead in room 2119 at 219 South Dearborn Street, Chicago, Illinois and then and there present the attached **Defendants' Motion to Enlarge**, a copy of which is attached and hereby served upon you.

LISA MADIGAN
Attorney General of Illinois          By:    s/Camile J.Lindsay
                                             CAMILE J. LINDSAY
                                             Assistant Attorney General
                                             General Law Bureau
                                             100 W. Randolph St., 13th Fl.
                                             Chicago, Illinois 60601
                                             (312) 814-4329

## CERTIFICATE OF SERVICE

    The undersigned being duly sworn upon oath deposes and states that a copy of the foregoing was served upon the above named at the address indicated by **CM/ECF** on February 20, 2008.

                                             s/Camile J. Lindsay