IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DARNELL TIPTON A01054,             )
                                   )
           Plaintiff,              )
                                   )
     v.                            )   No.07 C 6210
                                   )   Judge Rebecca R. Pallmeyer
BURNADINE KERL,                    )
et al.,                            )
                                   )
           Defendants.             )

## NOTICE OF MOTION

TO:   Stacie Rachel Hartman
      Schiff Hardin, LLP
      6600 Sears Tower
      Chicago, IL 60606

   PLEASE TAKE NOTICE that on the 19th day of March, 2008 at 8:45 a.m., I shall appear before the Honorable Judge Rebecca R. Pallmeyer or whomsoever may be sitting in her stead in room 2119 at 219 South Dearborn Street, Chicago, Illinois and then and there present the attached **Defendants' Motion to Dismiss**, a copy of which is attached and hereby served upon you.

LISA MADIGAN
Attorney General of Illinois         By:   s/Camile J.Lindsay
                                           CAMILE J. LINDSAY
                                           Assistant Attorney General
                                           General Law Bureau
                                           100 W. Randolph St., 13th Fl.
                                           Chicago, Illinois 60601
                                           (312) 814-4329

## CERTIFICATE OF SERVICE

   The undersigned being duly sworn upon oath deposes and states that a copy of the foregoing was served upon the above named at the address indicated by **CM/ECF** on March 12, 2008.

                                           s/Camile J. Lindsay