# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6210 | **DATE** | 3/19/2008 |
| **CASE TITLE** | Darnell Tipton vs. Burnadine Kerl, et al | | |

**DOCKET ENTRY TEXT**

Defendant's motion to dismiss [37] entered for briefing. Response to be filed 4/9/2008; reply 4/23/2008; ruling 5/5/2008 at 9:00. Rule 16 conference set for 3/27/2008 is stricken. Parties are encouraged to pursue their efforts to settle the case.

Docketing to mail notices.

00:02

| | Courtroom Deputy Initials: | ETV |
|---|---|---|