IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **DARNELL TIPTON,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07 CV 6210 |
| *v.* | ) | |
| | ) | |
| **BURNADINE KERL,** | ) | |
| | ) | **Hon. Rebecca Pallmeyer, U.S.D.J.** |
| Defendant. | ) | |

**PLAINTIFF'S MOTION FOR SETTLEMENT CONFERENCE
AND RESPONSE TO SETTLEMENT DEMAND**

Plaintiff Darnell Tipton ("Tipton"), by his attorneys, hereby respectfully requests a settlement conference and an order for Defendant to respond to Plaintiff's settlement demand, so that the parties may comply with the Court's direction to address settlement. In support of this motion, Tipton states as follows:

1. The Court has specifically directed the parties – twice – to discuss settlement, and Plaintiff has made every effort to comply with such direction, including by making the settlement demand ordered by the Court. Notwithstanding this, Defendant has refused to indicate when it will respond to Plaintiff's settlement demand and when it will obtain authority to settle the case.

2. By way of background, the Court directed the parties "promptly to meet-face-to-face for a discussion of possible settlement and for preparation of a planning report," in its Order of January 23, 2008. This direction was included as part of the Court's scheduling a Rule 16 pretrial conference.

3. In compliance with the Court's case management procedures and local rules governing the planning report, Plaintiff timely served his settlement demand on March 13, 2008.

4. The parties' most recent appearance before the Court was a presentment by Defendant of a motion to dismiss. At this hearing, the Court postponed the Rule 16 conference in light of the pending motion to dismiss, but specifically directed the parties to discuss settlement nonetheless.

5. Defendant's response to the settlement demand was due on March 20, 2008 (based on the 7-day requirement and the fact that the Court advised the parties to pursue settlement notwithstanding the postponement of the Rule 16 conference). Defendant served no response on that day, nor has Defendant served any response since then.

6. More troubling is that Defendant has refused to provide a date certain by which she will serve her response, despite several requests. Plaintiff has offered to accommodate any reasonable request for additional time, provided that there is a date certain for Defendant's response. Defendant has refused to provide such a date. A true and correct copy of the parties' emails reflecting this exchange is attached hereto as Exhibit A.

WHEREFORE, Plaintiff respectfully requests that the Court schedule a settlement conference and order Defendant to respond to Plaintiff's demand with an acceptance or counter-offer prior to such conference.

Dated:  April 1, 2008                                    Respectfully submitted,

By:     *s/ Christina Andronache*
        Stacie R. Hartman (Id. No. 6237265)
        Christina Andronache (Id. No. 6292289)
        Schiff Hardin LLP
        6600 Sears Tower
        Chicago, Illinois 60606
        (312) 258-5500
        (312) 258-5600 (*facsimile*)
        shartman@schiffhardin.com
        candronache@schiffhardin.com

*Appointed Counsel for Plaintiff Darnell Tipton*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2008, I electronically filed Plaintiff's *Motion for a Settlement Conference* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/  Christina Andronache*
Christina Andronache  (Id. No. 6292289)
