# EXHIBIT A

## Hartman, Stacie

**From:** Lindsay, Camile [clindsay@atg.state.il.us]
**Sent:** Friday, March 28, 2008 9:27 AM
**To:** Hartman, Stacie; Andronache, Christina A.
**Subject:** RE: Tipton Settlement Meeting

Stacie,
I do not have authority to settle this case. I will contact your office when I have the authority.

Camile

---

**From:** Hartman, Stacie [mailto:SHartman@schiffhardin.com]
**Sent:** Thursday, March 27, 2008 5:38 PM
**To:** Lindsay, Camile; Andronache, Christina A.
**Subject:** RE: Tipton Settlement Meeting

Camile,

This exchange is baffling. Judge Pallmeyer postponed the Rule 16(b) conference and indicated there was no discovery planning to be done until your motion to dismiss is resolved, leaving settlement as the only issue to discuss in a 26(f) meeting. Then she explicitly told us to pursue settlement, reinforcing that that was the only item to discuss. To say that you're willing to have a Rule 26(f) conference but not address settlement makes no sense in light of Judge Pallmeyer's direction at the last hearing. Whatever you call the meeting, the subject to be discussed is settlement. It is apparent that you are not prepared to do so.

What is particularly troubling is that you refuse to provide a date when you will be prepared. If you simply need a few more days, we can all agree and move on. We have accommodated your requests for more time in the past and are willing to do so again. But if you maintain your position that you do not have to respond to our settlement demand by any present date, we will have to seek the Court's assistance. I imagine the Court will not appreciate being disturbed with this issue, and will expect all parties to behave more productively than is reflected in the present course.

We look forward to your more cooperative response with a date certain by which you will have authority and will respond to our settlement demand.

Regards,
Stacie

Stacie R. Hartman
Schiff Hardin LLP
7400 Sears Tower
Chicago, Illinois  60606
312.258.5607
312.258.5700 (*facsimile*)

---

**From:** Lindsay, Camile [mailto:clindsay@atg.state.il.us]
**Sent:** Thursday, March 27, 2008 5:06 PM
**To:** Andronache, Christina A.
**Cc:** Hartman, Stacie
**Subject:** RE: Tipton Settlement Meeting

Christina,

While I agree that the judge encouraged both parties to continue to pursue settlement. I disagree as to when my settlement response is due. According to the judges website we are to provide you with a settlement response 7 days prior to the 16b scheduling conference which occurs in front of the judge. That conference has been postponed as a result of the briefing schedule for the motion to dismiss. On the other hand we are to meet for the 26f meeting which I have stated I am willing to do on multiple occasions.

It is common knowledge that it often takes extra time to get authority from state agencies. I have informed you that I have been diligently trying to get authority from IDOC. However, as of today's date I do not have that authority. I cannot promise you that I will have that authority by tomorrow by 1 nor can I give you a firm date as to when I will have the authority. What I can promise is that I will be is prepared for a 26f meeting on tomorrow.

If it is your desire to continue to postpone the 26f meeting until I have authority then I will contact your office when I receive the authority from the agency.

Camile

---

**From:** Andronache, Christina A. [mailto:CAndronache@schiffhardin.com]
**Sent:** Thursday, March 27, 2008 4:48 PM
**To:** Lindsay, Camile
**Cc:** Hartman, Stacie
**Subject:** Tipton Settlement Meeting

Camile,

Following up on our phone conversation today, we are waiting for Defendant's response to our settlement demand before we meet with you to discuss settlement. It does not seem productive to meet before we have your response. We believe your response is due today, and Stacie and I both specifically recall that Judge Pallmeyer directed the parties to continue addressing settlement (the only issue that has been postponed is discovery planning). I understand that you are still awaiting authority from your client to serve us with the response. Once we receive it, we will schedule the meeting. If you will not be serving the response today, please let us know today when you will serve it. If you disagree that it is due, please let us know right away so that we may raise the issue with the Court. Obviously, we hope that will not be necessary.

Christina

**Christina A. Andronache** | Associate | **SchiffHardin**llp | 6600 Sears Tower | Chicago, IL 60606 | (312) 258-5882 | fax: (312) 258-5600 | candronache@schiffhardin.com | www.schiffhardin.com

------------------------------------------------------------------
Tax Matters: To the extent this message or any attachment concerns
tax matters, it is not intended or written to be used, and cannot
be used by a taxpayer, for the purpose of avoiding penalties
that may be imposed on the taxpayer under law.
------------------------------------------------------------------
This message and any attachments may contain confidential
information protected by the attorney-client or other privilege.
If you believe that it has been sent to you in error,
please reply to the sender that you received the message in
error. Then delete it. Thank you.
------------------------------------------------------------------