IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DARNELL TIPTON, | ) | |
| Plaintiff, | ) ) ) | Case No. 07 CV 6210 |
| v. | ) ) | |
| BURNADINE KERL, | ) ) | Hon. Rebecca Pallmeyer, U.S.D.J. |
| Defendant. | ) ) ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, April 3, 2008 at 8:45 a.m., we shall appear before the Honorable Rebecca Pallmeyer, or any judge sitting in her stead, in Courtroom 2119 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois 60604, and shall then and there present the plaintiff's *Motion for Settlement Conference,* a copy of which is being electronically served on all attorneys of record by the Court's CM/ECF system.

Dated:  April 1,  2008               Respectfully submitted,


By:     *s/ Christina Andronache*
        Christina Andronache (Id. No. 6292289)
        Stacie R. Hartman (Id. No. 6237265)
        Schiff Hardin LLP
        6600 Sears Tower
        Chicago, Illinois 60606
        (312) 258-5500
        (312) 258-5600 (*facsimile*)
        candronache@schiffhardin.com
        shartman@schiffhardin.com

        *Counsel for Plaintiff Darnell Tipton.*

-2-

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2008, I electronically filed the plaintiff's *Notice of Motion for Settlement Conference* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                         *s/   Christina Andronache*
                                         Christina Andronache  (Id. No. 6292289)

CH2\2417736.1