## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Darnell Tipton

                      Plaintiff,

v.                                          Case No.: 1:07–cv–06210
                                              Honorable Rebecca R. Pallmeyer

Burnadine Kerl, et al.

                      Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

     Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Michael T. Mason for the purpose of holding proceedings related to: settlement conference. (etv, )Mailed notice.

Dated: April 3, 2008

                                                                     /s/ Rebecca R. Pallmeyer

                                                                    United States District Judge