# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6210 | **DATE** | 4/3/2008 |
| **CASE TITLE** | Darnell Tipton vs. Burnadine Kerl | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for settlement conference [40] granted without prejudice. Defendants' motion to dismiss [37] is withdrawn without prejudice. Ruling set for 5/5/2008 is stricken. Status hearing set for 5/5/2008 at 9:00. Referral to Magistrate Judge Mason for settlement conference.

Notices mailed by Judicial staff.
*Copy to judge/magistrate judge.

00:05

| | Courtroom Deputy Initials: | ETV |
|---|---|---|