## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Darnell Tipton

                    Plaintiff,

v.

                                         Case No.: 1:07–cv–06210

                                         Honorable Rebecca R. Pallmeyer

Burnadine Kerl, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 13, 2008:

       MINUTE entry before Judge Honorable Michael T. Mason:Settlement conference held on 5/13/2008. Parties were able to reach an agreement to settle the case. Parties are advised to file the appropriate dismissal papers with the District Judge. All matters relating to the referral of this case having been resolved, the referral is closed and the case is returned to the assigned judge. Honorable Michael T. Mason no longer referred to the case.(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.