IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DARNELL TIPTON, <br>     Plaintiff | ) <br> ) <br> ) | No. 07 C 6210 |
| v. | ) <br> ) | Judge Rebecca R. Pallmeyer |
| BURNADINE KERL, <br>     Defendant. | ) <br> ) <br> ) | |

## STIPULATION TO DISMISS

NOW COMES the Plaintiff, Darnell Tipton, by his attorneys, Christina Andronache and Stacie Hartman, and the Defendant, Burnadine Kerl, by her attorney, LISA MADIGAN, Attorney General of Illinois, and hereby stipulate to the dismissal of this case with prejudice. The Plaintiff and the Defendant agree as follows:

1. This lawsuit shall be dismissed with prejudice and without leave to reinstate.

2. Each party shall bear their own costs, attorney's fees and expenses.

AGREED:

X _____  X Date: 7-10-08
Darnell Tipton, Plaintiff

_____        _____
Christina Andronache            Camile Lindsay
Stacie Hartman                  Assistant Attorney General
Counsel for Plaintiff           Attorney for Defendants
Schiff Hardin                   100 West Randolph Street, 13th Floor
6600 Sears Tower                Chicago, Illinois 60601
Chicago, Illinois 60606         (312) 814-4329
312-258-5882
Date: 7/11/08                   Date: 7/15/08