# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6210 | **DATE** | 8/11/2008 |
| **CASE TITLE** | Darnell Tipton vs. Burnadine Kerl | | |

**DOCKET ENTRY TEXT**

Pursuant to Stipulation, the above cause is dismissed with prejudice and without leave to reinstate. Each party shall bear their own costs, attorney's fees and expenses.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|