(1)

CH

BRIFE LETTER! 8-17-2008

CASE: 07C6210
07C6210

Dear,

Justice: Pallmeyer,

FILED

AUG 2 0 2008 MB

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Frist off good morning. Im writing you this Brife letter, in Haping that this matter about my settlement, will Finally Be over, Now on 5-13-08, I agreed to a settlement of $400.00 ok, 60 Days went By, From May to July, I still Have not Recive my money on 7-11-08, Christina came to Visit me, ok I ask what was going on, Than she said I Held you up. ok I Didnt Trip, I sign nearly 12 pieces paper's I ask again Justice: when will I Recive my money, Christina said 30 Day's. ok Her Honor 8-11-08 pass, I still Have not Recive my money, I sent a letter to the Trust office Requesting a Audi. But they will not send me any Thing. Justice: I spell a Rat! I Think! someone Trying to Beat me out I wash with state soap! That Breaks me out! Im looking at the 4 walls, Justice I Had to write you, may Be you can Find my check, and get it to me, it's Been

(2)

22 years, and Lord! Knows if I Didn't pray, or write my music or Sing! my song! I would Have Been lost my mind, any ways. I pray That Her Honor, Justice: Pallmeyer Finds out where my settlement check is at, and Hope That it's not Been stolen, I Do not put nothing past any one, I Thank god For you Justice: I did not Have any Thing, it's a Blessing, my moma pass on and Justice! Bucklo, awarded me some money! she Known I was Hurting and Being play By The lower courts. any way Her Honor, Thank you again, plus Them attys: Told me not To write you. I ain't Trying To Hear Them now, you my Judge I'm letting you Know, what's up, Justice! you Do not Have To write Back, Please see where my check's at, Because I need my check. This concludes.

Respectfully
[signature]

ID# A01054